

CITY OF FERNDALE
# POLICE DEPARTMENT
KEVIN TURNER, CHIEF OF POLICE

August 27, 2018

Mr. Emil Clermont
~~PO Box 780~~
~~Blaine, WA 98231~~

Dear Mr. Clermont:

Per your request, enclosed are copies of four police reports plus a copy of all the files that you provided to this agency. The total page count is 354, at a fee of $0.15 per page which totals $53.10 for copying charges. Postage for the parcel is $8.50.

Please send a check or money order made out to the City of Ferndale for a total of $61.60.

Respectfully,



Ronaye Tylor
Support Services Supervisor

*Everybody about 8000 people across N.AMERICA US Gov & CA GOV leader Presidents - Bush Obama Clinton Harper and his band of thugs steel my personal does telling the world that me & Latchmi have a mental problem and I have to pay them to try and get my and Latchmis identity back! "HOW ABSURD!" You will a pay this time cause this Law-suit is massive dont back date or post date PERIOD!*

*Emil Clermont
Feb 8 2019
in WASH. DC - Court*

*[handwritten:] ~~4:00~~ ~~ACRE~~ ... ~~Monday~~ May 26 1941 was a*

# PRESIDENT
*[handwritten:] Monday. He was nt born*
# DONALD J. TRUMP
*[handwritten:] until June 14 1946*
*[handwritten:] "OOPS"*

*[handwritten:] TRUMP PENCE + Melania met Bull Elfo sheruff of whatcom County at 4:00 PM EST*

Monday Morning *[handwritten:] DEC 25 - 2018*

*[handwritten:] THEY Talk TURKEY ABOUT ME!*
*[handwritten:] See may 25 - 1941 SUNDAY*
*[handwritten:] I WAS BORN*

**Dear Fellow American Patriot,**

In 2016, we shocked the world by defeating the Liberal Democrats and taking the first *[handwritten:] MAY 26* step toward restoring American greatness after eight miserable years of the Left-Wing Obama *[handwritten:] 1941 MONDAY* Administration. *[handwritten:] Elfo told DONALD MY BIRTHDAY is 5-20-41?*

*[handwritten:] IS IN HIS SWAT TEAM REPORTS*
And in the two years since we took the White House, I've been delivering on the promises I made to the American people. *[handwritten:] IN HIS SWAT TEAM REPORT Elfo says I'm mentaly ill*

Unfortunately, the fake news media, the delusional Democrats, and the insider swamp aren't interested in talking about how much better our country is doing now. They would rather play partisan politics with our nation's future. *[handwritten:] just like police in B.C. WA SS agents*

*[handwritten:] FBI, CIA, BUSH Rumsfeld Clinton*
But I have faith that you've been keeping track of our record of success in the face of *[handwritten:] a bama* the fiercest opposition since Day One of any Administration ever. *[handwritten:] arod. 8000 people in*

*[handwritten:] US gov. and*
Today, I am personally asking you to be one of the FIRST 2020 cycle supporters of the *[handwritten:] Canadian* **Trump Make America Great Again Committee (TMAGAC)** by rushing back your RSVP to *[handwritten:] Gov* me immediately.

*[handwritten:] This is all BS          TRUMP IS A CROOK          OOPS*

Since I was sworn in as President two years ago, consumer confidence has hit an 18-year high. In a strong sign of how well our economy is doing, for the first time in history there are more jobs available than there are people seeking work and jobless claims are the lowest they have been in 45 years. We've slashed job-killing regulations to the point where we've cut 22 regulations for every one new one created.

Internationally, we have advanced free, fair, and reciprocal trade deals to protect American workers and end decades of destructive trade policies, including withdrawing from the terrible Trans-Pacific Partnership, replacing failed NAFTA with a new, fair USMCA agreement, and targeting China's unfair trade policies.

To keep America safe, we're rebuilding the military that suffered so much under Obama. We're defeating terrorist organizations and confronting rogue nations to protect America and our allies. And we've increased the funding for U.S. Immigration and Customs Enforcement (ICE) and are enforcing border security laws to stem the tide of illegal immigration.

Every one of the items in this long list are promises kept and huge, huge wins for the American people!!

While we've already won these great victories, our opponents attack and tear at me every day. You've seen it.

Not only have they called me horrible, nasty names like you can't imagine, they also just spent over $2 BILLION of cold hard cash in the midterm campaign in a desperate attempt to

*[handwritten:] Blame Chief Police report 1-18-19. Tells your what kind of a cop the bum is. He says 4PS oops he means Karen They all same-b about my a 4PS delivery person by the name of Karen. mental illness. Caught them all Thanks Jatelme*

(Over, please)

*GEORGE BUSHES EYES SET CLOSE TOGETHER — — — — — — —*
*HE LAUGHS AT HIS JOKES WHICH ARE NOT FUNNY, INDICATING HE*
*HAS A SERIOS (sic) MENTAL PROB.*

**Clermont v. Fraser Health Authority and Surrey Memorial Hospital      Page 6**

George Bush, Pentagon, Korea, JFK, Colin Powell, "Vic Teows" (sic),
Minister of Justice, Lawyers, Doctors.

*He lies as much as DONALD TRUMP*

*You ID theives (sic) had all documents to answer all questions yes*

If the question is ridiculous, common sense tells you the answer is "no"

*Its typical Republican behavor (sic), just a bunch of liars!*
*refused so I write*

If answer is "yes", please call that anonymous person to confirm your conversation.

*I did not give this to J. Aслan, Stranger did.*

[13]    The following questions are then listed:

*She did not re-write this as this as I wrote it There is no address on this page to respond to mine says court of appeals + us Consulate*

Did I, Emil Clermont, claim to the following:

*TRUMP TWEETS* 1.  pull Saddam Hussein from tunnel— NO
*some crazy* 2.  survive Custer's last stand— NO
*tweet and 3,00 AM* 3.  save Jessica Lynch's life — NO
 4.  saw combat in Korea at age of ten — NO
*THEN AT 300 PM* 5.  was with invasion force during 1962 Cuban Missile Crisis — NO
*CONTRIDICTS THE* 6.  was ambushed in DMZ in Korea, January 15, 1964 at 3 — YES pm
*300 AM ONE* 7.  was in combat with Secretary of State Colin Powell in — NO Vietnam.
*Thats a big-probem* 8.  was I born and raised in Wisconsin — NO
*issue and Scychyat (sic)* 9.  or was I born and raised in Alberta — YES
 10.  was I issued a passport by the USA — YES
*problem, He is* 11.  or was I issued a passport by Canada — NO
*a sick puppy* 12.  was there a massive conspiracy launched against me — YES
*just like* 13.  was my home scammed from me over the telephone — YES
 14.  are you a psychiatrist — YES *everyone claims to be one*
*Maxine Waters* 15.  was I on a hit list by the RCMP — YES
*said* 16.  did I survive an assassination attempt by the RCMP on September 9, 2004 — YES *I've beaten beaten so many*
*And he is Pres.* 17.  do any arrest warrants or search warrants exist issued by *this is that court* a court? — NO
*What a scary* 18.  were there any valid documents served upon me — NO
*thought. He* 19.  were both US and Canadian SIN stolen and used — YES
*single me out* 20.  was all my identity stolen, photocopied and used — YES
*of 33 million people* 21.  does theft include Pentagon documents and passports — YES
*a him and his* 22.  did lawyer Scott Taylor, and officer Tim Krieter steal
*wife with me those* $286.25 from my credit resulting from anonymous phone call from cop to lawyer — YES
 23.  did and can prozac cure my broken left leg — NO "THEY TRIED" *so late*
 24.  in my case did you breech (sic) the Privacy Acts of the US and Canada — YES *ante June 25 1876*

*I broke my leg July 3 1953 at 6.45 pm a Friday.*
*Korean war ended June 25 1953 Thursday. War started Sunday*

**WHATCOM COUNTY SHERIFF'S OFFICE - NARRATIVE SUPPLEMENT**   **PAGE 2 OF 3**

| OFFENSE DESCRIPTION: | | DATE: | EVENT NUMBER: |
|---|---|---|---|
| **PERSON WITH MENTAL PROBLEMS** | [X] CONT. NARRATIVE<br>[ ] FOLLOW-UP | 4-6-10 | 10A-23651 |
| | | | |

| 1. Reconstruct incident and describe investigation. | 5. Identify undeveloped leads. |
|---|---|
| 2. Victim's injuries - details and where medical exam occurred. | 6. List statements taken. |
| 3. Property damaged-- describe and indicate amount of loss. | 7. List persons from whom statements need to be taken later. |
| 4. If significant, describe vehicle. | 8. Physical evidence - detail what and where found, by whom, and disposition. |

ADDITIONAL COPIES TO:

NARRATIVE:

1    On 11-8-10 at around 0722 hrs WCSO received a report of a person with mental problems at 5119 Hazel Ln. As the investigating deputy I contacted Officer Davoll of the Maynard Massachusetts PD by phone. Officer Davoll advised V-1 Emil Clermont had been calling the Maynard Police Department repeatedly over the last week.

*I did not Ramble I told them what the hell is going on and they did not Belive me*

Emil would call and ramble on and on about conspiracies, the FBI, CIA and how he would see them in court soon in Washington DC. Emil also called St Bridgets Catholic Church located in Massachusetts. He spoke with the receptionist at the church and began talking about a retired priest who had been at the church back in the eighties. Again Emil's ranting's were related to conspiracies and how he would be taking them to court. He also called and spoke with Marlboro Police Department in Massachusetts. All of his phone calls were characterized as delusional and did not seem to make any sense.

I contacted Whatcom Counseling and Psychiatric Center (WCPC) regarding Emil. They advised their file on Emil had been closed when he completed his requirements following an incident earlier in the year when he threatened to blow up the Whatcom County Court House (10A-20680). Since then he has called them repeatedly complaining about how he will not pay for the "pill" they tried to prescribe him. Again his calls were delusional and did not make any real sense.

*creeps*

I contacted Art Steinberg, a mental health professional at the WCPC Triage Center, regarding the recent events involving Emil. He advised Emil's behavior did not warrant the issuance of a pickup order at this time and classified his behavior as more of a nuisance than anything else.   *SS FEDERAL WAY SEATTLE WA Thankyou Doctor Steinberg Emil Clermont 9-8-2019*

Later in the day I received a call from Special Agent Smith from Homeland Security regarding Emil. Agent Smith is currently tasked to the Threat Management Branch and Emil had been calling the Homeland Security regional dispatch center in Denver CO. Once again his calls did not make any sense and he made statements about "taking them down" and also how he would see them in court.   *veterans plates*

Special Agent Smith made the trip up from Federal Way in an attempt to try and contact Emil about his ongoing phone calls. I met Agent Smith on Hazel Ln and we walked up to 5119 Hazel Ln. Emil's vehicle a white Jeep pickup with Washington Army license plates WA/AR03907 was sitting in the front yard. We attempted to contact Emil at his back door. I observed him sitting on a couch inside the sliding glass door. At our knock Emil yelled "Go away!" I asked through the sliding glass door if we could speak with him about his ongoing phone calls. Emil's reply was "Get off my property!" This continued for several moments until Emil got up off *the couch and closed the blinds*   *This is true I did not threaten anybody*

| REPORTING OFFICER: | REVIEWING OFFICER: |
|---|---|
| Van Loo 4A166 *This guy is mentally ill* | *Emil Clermon* |
| | *9-1-18* |

*AN SS agent who is a creepy little Chinaman OOPS      PERIOD Yawrall mental Basket cases Emil Clermont FEB 8-2019 WASH DC court*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE CLERMONT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-633 (RBW) |
| | ) | |
| JAY PUNCHES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Emile Clermont, the pro se plaintiff in this civil lawsuit, is asserting allegations against

approximately sixty defendants, alleging that the defendants "ha[ve] stolen [the plaintiff's]

identity or impersonated [him] over the phone while holding [his] personal documents in their

hands," Complaint ("Compl.") at 1.[1]  He further asserts that "[t]housands of people are involved

across the [the] US and Canada." Id.  The plaintiff also states that "[w]hen [he] caught these

[various people] in police reports they came after [him] and [his] wife with guns, [s]wat after

[s]wat team in US and Canada at least 400 times and they still will not stop." Id.  He believes

that various agents and cops are trying to kill him, stating "[t]here [is] no way me and my wife

will survive . . . [, t]hey will kill us[,] I know that for sure." Id. at 3-5.  In addition to these

assertions, the Complaint further details various alleged injustices the plaintiff was forced to

endure, which he contends entitles him to damages awards of "5 billion each" from most of the

---

[1] The Court notes that the Complaint first has a list of defendants which comprises three pages.  However, after listing the defendants, the plaintiff has titled the next page "Complaint" and designates it as page one; therefore, all references to the page numbers of the Complaint will be referencing the page numbers listed by the plaintiff after the pages listing the defendants.

*[handwritten: Bill Elfo also pre-dated my law-suit in fed Court en Seattle from aug 31 Oct 9 & Oct 22 2018 at least 100 time]*

defendants, "4 trillion" from a bank, and 15 billion from the remaining defendants. Id. at 6. The

plaintiff concludes by stating:

*[handwritten: I filed that law-suit Nov 5-2018 a monday look at your calendar of 2018 and call me a liar Bill caught you Loser]*

> Now a wrap-up of this foolish fabricated story, sorry thats been my hell for over fifty years. I told mom and dad I would get even with these so and so's who are doing this to us. Now I have. So pay up than shut up. I want all your RCMP fund[,] FBI pension fund and your assets to [be] liquidated and I [will] make sure I will help all my homeless fellow veterans[,] little children[,] the St[.] Judes Foundation and thousands of seniors who a[re] prayed upon by people just like as you did to Emile Clermont.

Id. at 7. *[handwritten: I filed this law-suit on this date]*

Starting on April 26, 2010 and continuing to July 8, 2011, through a series of motions *[handwritten: 2010 TUESDAY]*

the various defendants moved to dismiss the claims asserted against them pursuant to Federal

Rules of Civil Procedure 8(a), 12(b)(1), 12(b)(2), and 12(b)(6). On May 14, 2011, the Court

issued six Orders and in each informed the plaintiff that he was required to respond to the

various motions to dismiss that had been or would be filed. The Court warned the plaintiff that

failure to respond to such motions could result in the plaintiff's Complaint being dismissed. As

of the date of this Order, the plaintiff has not responded to any of the motions to dismiss that *[handwritten: out 65 defs]*

*[handwritten: This is all lies by this Court NOT ONE RESPONSE]*

have been filed. The only filing submitted by the plaintiff has been an incomprehensible

affidavit seeking defaults against the defendants. See Docket Entry # 34 (July 27, 2011).

Because the plaintiff has failed to respond to the various motions to dismiss, the motions

can be considered conceded, thus warranting dismissal. See L.Cv.R. 7(b) (providing that the

Court may "treat as conceded" a motion to which no opposition is filed "[w]ithin 14 days of the

date of service" of that motion). Moreover, even if the Court had to address the merits of the

plaintiff's claims against the defendants, dismissal would still be required for the following

reason. *[handwritten: Bill Elfo claims I filed law-suit on may 11 2011. When you look at his appearance its 5-11-11 that perjury by all 65 defents and even Judge Reggie B Walton and the clerks of the court 333 Constitution AVE WASH DC]*

Bill ... passport ... and Nancy Nelson

Clintons' secretary told her if those ... copy ... them to Ferndale

Bill Elfo stole 2000 color slide projector and 2 35 mm Police and she

cameras

Stewart Wilson
Consular General
canceled the my passport
and called two SS
agents and they
assaulted me on
West Pender St in
Vancouver and threw
me in jail in
Coquitlam BC.
Maximon Sec prison
where I was assaulted
by a fellow en mate
he broke my ribs &m
kicked me in the
mouth

Look I'm
so pretty my
dentures
en two

My Blood was
all over the
glass wall

Signed on Jan 2005
at our home
96 A AVE Surrey BC

Reagans Sec of State

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

CANCELED

Le Secrétaire d'État 2005
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen NEW APPL... des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SS agents FBI agents CIA agents and police from
Blaine Ferndale

Emil Clermont and many dep sheriffs

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

Lots of swat teams came after me at 5719
Hazel Lon Blaine WS)

UNITED STATES OF AMERICA

| PASSPORT PASSEPORT | Type/Cat. gorie | Code of issuing/code du pays | PASSPORT NO/NO. DU PASSEPORT |
|---|---|---|---|
| | P | USA | 020497117 |

Surname / Nom
CLERMONT
Given names / Prénoms
EMIL JOSEPH
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
25 MAY/MAI 41
Sex / sexe    Place of birth / Lieu de naissance
M    CANADA
Date of Issue / Date de délivrance    Date of expiration / Date d'expiration
26 MAR/MAR 83    25 MAR/MAR 93
Authority / Autorité    Amendments/Modifications
PASSPORT AGENCY    SEE PAGE
CHICAGO    24

P<USACLERMONT<FMIL<JOSEPH<<<<<<<<<<<<<<<<<<
0204971175 A4 5257M9303254<<<<<<<<< <<

Right
Bill
you
are
an
Bastard

Elfo you are a dangerous "ID THIEF"

ID THIEVES "PERIOD"

Emil Clermont 9-9-8

Bill you stole two of my passports

Emil Clermont and my beautiful wife Latchmi Reddy who
was also assaulted by Sondes on Dec 12 2009
and 1577 DST APT #8
Coss Blaine Wash

Hillary Clinton mailed the my passport to the Ferndale Police on Aug 27 2018 Obama was also involved in that theft by Bill Elfo

50 years in prison each def 65 in all

Stolen Jan 10TH 2010

Good until Jan 15 2015

used for at least 5 years thats 25 years in prison for you and Landis and 65 def Thankyou Bush too and Hayden + Rumsfeld



Jan 2 2019 Emel Clement your such Blaine Police and Bill Elfo photo-copied the my of sweet Passport about Jan 10 2010 at 1577 Dot in Blaine guy   I recieved this DOC Aug 27 2018 VIA MAIL FROM "Period" Ferndale Police the Clerks name is RENA !

Id thieves thousands of them including Frank Curran and my four siblings Jeanne is Franks Husband

Aug 27 2018 Emel Clement

2002 april or may 27 425 AM

Joseph Clairmont Trochu Alberto

md

2 children Lemoust Sunday May 25, 1941

Soc Sec. 65

Woister Masachusettes

marc changed his name ≠ Joseph

thor. Fanelli US Jaan anne 022-306904 ART-306807 06 1979-598 "FILED IN" "INCOME TAX FOR"

CdM 638 584 276

US 387 42 3106 Marlborough Clinton Hillary

Dr Staub Briggs

US 387 42 2106

Went to Dr Sassaby Michael Lesmaircan

Jan 31 2004 Feb 9 2004

3697.00 Dr Stuart John Noble

Jan 8 1969 230 Concord

SUSAN SOOTER

stole my identity

SS 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 AND my ex-wife 022-306-9041

Mark Joseph Clairmont masac

I never lived in Wooster mass

Dad lebvry in maynard

DR STuart steals $3657 from my debet card

Patricia ann Clairmont Mal

amherst July 31 1970

Clinton Marlborough Leas Everen

Cesarean

Susan says my name is JOSEPH. "LIAR"!

CLINTON, HILLARY ID THIEF

20 years in priso "(Period)"

Lemister Massachusettes Wayne Shoblon called Suzy Sep 28-04 74 had my 2/4 in the Bank FT 207 EAST LANSING #5

SHE IS a crook"

Bellingham Washington 1360 738 12 9

Susan Sooter EXT 216

This women got phone call from Wayne Shoblom at surrey memorial hospital in Surrey BC. on Sept 24-2004 and he gave her all this info over the phone ID THIEF

Mark Ericks
700 Stewart St
Seattle WA 98101
206-370-8600

Judge Mary Alice Thieler
and Mark gave away all of my
identity while I was in
custody without my written
permission Emel Clemort
Sept 15-2008 in Seattle
Fed Jail

Director of US Marshall Services
John Clerk
~~65000~~ 2604 Jefferson Davis Hwy
Alexandria VA 22301

Tel #s   202-307-9100 — office in VA
703-535-1837 PACKAGE SCREENING
202-307-9001 INVESTIGATE SERVICES

RECEIVED

NOV  4 2010

FERNDALE POLICE DEPARTMENT

**Department of Homeland Security**
**Federal Protective Service**
<u>NOTICE OF TRESPASS</u>

*Blaine Police — Claim we are CIA Agents*

*Emile + Latchme "PERGURY"*
*Clermont    Reddy*

Date: 02 - 26 - 2010

Case No. D100 - 01087

From: 710 ALABAMA St.

BELLINGHAM, WA 98225 (IN PERSON/OVER PHONE)

*3031  200 ST #22*
*Langley V.A.*
*PH# 703 - 482 - 3374*

*my army does not match SS or other docs*

The below named person has been informed that he/she is forbidden to enter the Above-listed property. To <u>enter</u> such property may result in prosecution under RCW 9A.52 and/or related Federal laws. A violation by <u>entry</u> upon the listed property may result in a fine, imprisonment, or both. **THIS NOTICE IS VALID FOR <u>ONE (1) YEAR FROM THE ABOVE DATE.</u>** If the above named person has to conduct official Government business at this location they must call the FPS Dispatch Center at 1-888-280-3405 and make arrangements for an escort onto the property.

Subject Signature: *, UNABLE TO SIGN*

Name:
CLERMONT, JOSEPH EMILE
Last, First Middle

Address:
1577 D. STREET
CITY/STATE/ZIP
BLAINE WA
Phone: (360) 656-5228
BIRTH DATE: 05 - 25 - 1941
RACE: WHITE    ☑MALE  ☐ FEMALE
HT: 50T WT: 190 EYES: BRN HR: BRN
ARRESTED: ☐ YES ☑NO
REASON FOR TRESPASS:
HARASSMENT

*U.S ARMY SS #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*
*ISSUED TO JAMES ROTHENBERG*

*This is NOT MY TEL NO# 09R IS 703-482-3374*

*SP AGENT BRIAN HU*     *LANGLEY VA*

*Brandon Chin*

*Wayne Skobiem called Susan*
*Suite on Friday the 24 of Sept 2004*

On oath, the below officer states that on the above date, a copy of this notice was given to the above-listed subject.

Officer: W. WORY   *this guy turned loose he got*
ID #: 1097

*That SS# 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 issued to*
*James Rothenberg, DET Bill Zimmerman got a call from*
*Sgt Tandy when she should of called Secret Service I*
*called SS and I did. When I called Suite on it she*
*filed charges against. behind my back 5 years ago*

Incident History for: #AP10041731
Case Numbers: $AP10026649

Entered·      12/22/10  09:13:30  BY WCCRT1 927                    (HP)
Closed        12/22/10  09:35:01

Initial Type: ASTAGE1     Final Type: ASTAGE1 (ASSIST AGENCY)
Initial Priority: 3       Final Priority: 3
Disposition: CAN     Source: 9     Primary Unit:
Initial Police BLK: AP0500    Final Police BLK: AP0500
Initial Fire BLK: 630001    Final Fire BLK: 630001

Group: AP1      Beat: S1      Map Page: E18C
Loc: 5119 HAZEL LN ,BLA  btwn MAPLE CR & SUNSET ST (V)
Loc Info: CONT BY PHONE AFTER[OR BEFORE IF NEEDED
Name: STEVE                Addr: US CAPITAL POLICE        Phone: 2022241495

| | | | |
|---|---|---|---|
| /091330 | (927  ) | ENTRY | ATC 481 JOSEPH E CLERMONT 05.25.1941. ONGOING PROBLEM W/HIM CALLING POLICE DEPT IN WASHINGTON DC. NO THREATS MADE. RP BELIEVES HE IS OFF H IS MEDS AGAIN. HE IS SCHITZOPHRENIC |
| /091330 | | $ASNCAS | $AP10026649 |
| /091426 | | SUPP | TXT: HE WAS CIVILLY COMMITTED IN FEB IN PART D UE TO HIM CALLING THE DC POLICE FREQUENTLY. PA RT OF HIS PROBATION IS THAT HE MUST TAKE MEDS. |
| /091904 | (966  ) | HOLD | |
| /093501 | (970  ) | CANCEL | ,1S20 HANDLED |
| /093501 | | CLOSE | |

*Wayne Clermont*
*#q-920 Shefford Rd*
*GLAUSTER*
*GLAUCESTER Rd*
*Ont K15-6X4*

*What a bunch of Wirdo's*
*If anyone diagnoses someone else*
*with a mental problem. Who*
*do you think you are*
*Your all mentally. PERIOD*
*("ILL")*

*About 20 thousand people*
*and counting. 100% of you*
*jerks do know anything about*
*me or Latchmi just a stuped*
*Fabricated Story that makes*
*no sence at all. We have so*
*much dirt on these jerks, they*
*still want to KILL US. They sure*
*have tried and are still trying to*
*figure out how to stop US*
*maybe they will or maybe not*
*Well see   FEB 8-2019*
*WASH DC*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 12, 2018

Emil Clermont
1462 PEACE PORTAL DRIVE
BLAINE, WA 98230

*Elfo filed this document on NOV 5-2018 Monday by computer from his office 1 hr after I served him at 12:00 PM so he filed this at 1.04 PM. NOV 5-2018, I saw it on intanet at Blaine library on NOV 6-18 Tuesday*

Your civil action *Clermont v. Elfo et al* was filed in the U.S. District Clerk's office at Seattle on October 9, 2018.

*TUESDAY OOPS LOSER caught in act*

Your case has been assigned Case Number **2:18-cv-01489-MAT**, and has been assigned to Judge Mary Alice Theiler, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

NOTICE TO FILER: The submitted medical records contain personal identifiers that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been administratively sealed. Please file a redacted version of the document as soon as practicable. This will not affect your original filing date. The Complaint is missing page 1 and possible additional pages. Enclosed is a copy of the Complaint as submitted and a blank/sample Complaint. Please make any appropriate corrections and return the corrected complaint to the Clerk's Office.

Thank you, *LOOK*

WILLIAM M. MCCOOL, *Clerk*

s/Deputy Clerk

cc: file

*What a bunch of crooks Judges Lawyers Clerk and to defendant redacted everything ordered by Thieler and Martinez*

*This case was closed by William M MCCOOL CLERK Oct 9 2018. I Emil Clermont filed this $310 million suit on NOV 5 2018. Monday How in the hell could you dismiss the suit if you never saw it untel NOV 5-2018 "Impossible" OH My God you guys are as smart as God only God could do this "Period"*

*May 27 2018*

Case 1:09-cv-01600-RBW Document 27 Filed 11/21/13 Page 40 of 64

~~IFICATION OF MAILING/DELIVERY~~

~~The undersigned declares under penalty of perjury under the~~ *She mailed to Emil Clerm*
laws of the State of Washington, that on the below date, a true
copy of the foregoing was mailed or caused to be delivered to:
Emily Clermont, 5119 Hazel Lane, Blaine, WA 98230
DATED this __12__ day of May, 2011, at Bellingham, WA.

*(signature)*

*(Received*

*MAY 20 2011*

**Ferndale Police Department**
*"2 yrs to late"*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILY CLERMONT,                    )
                                   )
              Plaintiff,           )
                                   )        No. 1:11-CV-00633
     vs.                           )
                                   )        NOTICE OF APPEARANCE
JAY PUNCHES, et al.,               )    *THIS IS OBSTRUCTION of JUSTICE!*
                                   )                *"(PERIOD)"*
              Defendants.          )        *O H! MY*
                                   )

TO;        The Plaintiff, pro se above-named at (her) address: 5119 Hazel
           Lane, Blaine, WA  98230

           YOU ARE FURTHER NOTIFIED that all further papers and pleadings
herein, except original process, be served upon me, as Sheriff of Whatcom
County, Whatcom County Courthouse, 311 Grand Avenue, Bellingham, State of
Washington, reserving the statutory time within which to plead further.

           DATED this __11__ day of May, 2011.              *"FRAUD PERIOD"*

*THIS "A FRAUDULENT DOCUMENT!*                                   *←*

                                        *(signature)*
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        BILL ELFO, Sheriff
                                        Pro se

*These creeps gave me a sex change behind my
back with box cutters. Darn it! It sure hurt
Blood all over the place. In ELFO'S doctors office
at this address* ———→

*He claims to be a*          Sheriff's Office
*psychiatrist too!*          Whatcom County Courthouse
                             311 Grand Avenue
*Simply Amazing!*            Bellingham, WA  98225
                             Phone:  (360) 676-6650

-Notice of Appearance-      *Emile has now been
forced to by a short pink
skirt and tight blouse and c—*
*Hooking for a living  OOPS!*

EXHIBIT A 036

**FILE IDENTIFICATION - IDENTIFICATION DU DOSSIER**

Occurrence Nos. - Numéros d'incident

Collator Code-where complaint received Code d'interclassement-endroit où on a reçu la plainte E468/

| achment - Détachment | Sub/Div.-S.-div. Y-A | Division Y-A | H.Q. - DG Y-A |
|---|---|---|---|
| 02  2147 | | | |

**COMPLAINANT - PLAIGNANT**

Mr./M. ✓  Mrs./Mme  Ms/Mme

Surname - Nom de famille: CLERMONT

Given name - Prénom: Joseph Emil "Emo"  Init.

Radio call says sex opps

ress - Adresse: basement  2265-165 Street

Ville: Surrey   4:23 AM   4:26 AM

Postal code-Code postal: V3C 0L8

Telephone no. - N° de téléphone: (604)536-4525

**INCIDENT**

Occurred between - Survenu entre

| le 2002-04-27 | Time Heure 04:40 | Date 2002-04-27 | Time Heure 04:43 | Detachment Collator Code-where incident occurred Code d'interci. du détachement où l'incident est survenu E1103 |

ation - Endroit: White Rock Honda parking lot, 2466 King George Hwy Surrey  Zone A6

mplaint received / nte reçue:  written par écrit ☐  In person en personne ☐  by telephone par téléphone ✓

Date received Reçue le: 2002-04-27  Time Heure 1020

**DETAILS - DÉTAILS**

Mr. CLERMONT was the subject of a check by Cst. Hamilton and turing that time had a gun pointed at him. Mr. CLERMONT is concerned that comments made by Cst. Hamilton were inappropriate. and Cst. Ham  psych cop →

Cpl. GEOFF SHAW

I certify that the above details of this complaint are true and correct to the best of my knowledge.

Je certifie qu'à ma connaissance, les détails de cette plainte sont exacts et véridiques.

mplaint received by - Plainte reçue par

Geoff Shaw   2002-05-07   x Emil Clermont   2002-05-07

| ployee's name - Nom de l'employé | Date | Complainant's signature - Signature du plaignant | Date |

**SUBJECT MEMBER OR OTHER PERSON - MEMBRE OU AUTRE PERSONNE EN CAUSE**

Reglmental No.-Matricule: 48078

Surname - Nom de famille: HAMILTON   Init. K.

I had to sign this doc BLANK FORM

Subject Member or other person advised Membre ou autre personne en cause informé:  Yes/Oui ☐  No/Non ✓

X   2002-05-27

Unit Commander's signature - Signature du chef de service

**INCIDENT DISPOSITION - RÈGLEMENT DE L'INCIDENT**

All Bullshit

COMPLAINANT PLAIGNANT

Surname - Nom de famille: CLERMONT   Init. ✓

chment Occurrence No. incident du détachement: 02 2147

Detachment Collator Code-where incident occurred Code d'interclassement du détachement où l'incident est survenu

How disposed of Code du règlement:  Formal Officiel ☐   Informal Amiable ✓

**MANNER OF INFORMAL DISPOSITION- MÉTHODE DE RÈGLEMENT AMIABLE** The reason for the initial check and the presentation of the gun were justified under the circumstances. In relation to the comments and previous incidents t is understood Cst. Hamilton will voluntarily seek a referral to a Reg. psychologist. It is understood medical issues are not releaseable, but the

nsent to Informal Disposition - Consentement au règlement amiable Com will be advised the referral occurred

| RCMP GRC | CONTINUATION REPORT | RAPPORT DE CONTINUATION | OCCURRENCE No. — N° D'INCIDENT Y.A. 02–2147 Δ6 |
|---|---|---|---|
| | | | BIN — BD |

RE — OBJET:

Cm against member

| DATE | HEURE | ACTION TAKEN — MESURES PRISES |
|---|---|---|

Paul you went to see Billing Evans + Copeland at 11:30 A.M. on your Page

22-05-06 19⁰⁰ Cpl Fletch met Mr Clermont at the
har May 9 or 11   White Rock detachment liar Paul

Mr. CLERMONT spoke mainly of his previous
U.S. army / CIA experience in Vietnam
and KOREA Paul I never had anything to do with CIA

I called Fletch   He was very animated about Cst HAMILTON
on his cell at   pointing his gun at Mr. CLERMONT and
604-290-7730   felt Cst HAMILTON was not in control
He apologized for   Cst HAMILTON told CLERMONT that two
claiming I was   guys tried to kill him last week
a CIA agent   and he was not taking anymore chances
them hung up   until you wrote this down
begging me not   During the engagement CLERMONT stated
to tell anybody   he swore at Cst HAMILTON and her,
Billings did same   Cst HAMILTON, was visibly upset
thing earlier on   I never heard of you on 62-05-06 1900 hrs
Sept 19/68   Mr. CLERMONT ended the meeting by
I swore my oath   stating that I would not be investigating
out SEP 19 1961 the Milwaukee wise   this and city hall is aware of the
May 9 or 11 →   investigation

Cpl Jim Krieter   and all you crooks got into bed with Saddam
Castro Bush + McCain Pentagon C
CLERMONT's main concern centered around
Who are the psychos you pleaded guilty
to being   psychos and pre meditated attempted assassination

| Conducted Enquête terminée | Date Complainant Notified Date d'avis au plaignant | SUI E.C.E. | D.D. — D.A. | | Consulted Consulté | Attended sur les lieux | Advised avisé |
|---|---|---|---|---|---|---|---|
| Investigator — Enquêteur Paul Fletch | | | Date 02-05-06 | SUPERVISOR SUPERVISEUR Signature Paul Billings Evans | | Date Oct 18/ | |
| COPIES TO — COPIES A: | | | Other — Autre | | | PAGE 16 | |

| RCMP GRC | CONTINUATION REPORT | RAPPORT DE CONTINUATION | OCCURRENCE No. — N° D'INCIDENT |
|---|---|---|---|
| | | | Y.A. 92-2147  Δ4 |
| RE — OBJET: | | | BIN — BD |

Comp- against Member

| DATE | TIME HEURE | ACTION TAKEN — MESURES PRISES |
|---|---|---|

02-05-02 Paul is a star period — spoke ite Mr Clermont meeting set up for 02-05-06 at 19⁰⁰ at ille detachment

02-05-02 — No action to be taken on 1442 until Cpl FLETCHER has met with Mr. CLERMONT Once 1442 signed by subject process will begin

Cpl Geoff Shaw
signed Blank 1442

May 14/82 7.00 p.m — before I would sign it on May 14/02 He then started interview I broke him

+ said Coleman in 3 minutes. Two hours of my interrogating

as an individual him he lied every time he opened his mouth

He never signed On May 17 two more hrs of interrogation fine

summons he gave in and wrote it down that

Hes given a Hamilton had as serious psychological

RCMP civil problem. He said Kevin was asking for

litigation lawyer help. Bald face lie. Wrong city? Right

Hold first then Police act clearly states RCMP who sign

Paradise contract to patrol that city they cannot patrol

He destroys in another city. They become Prov Police

haiter for his Court of Appeals Judge K.J. Smith judgement

own monetary Feb 28/08 says Coleman + RCMP are in jeopardy for

+ political gain liability + jeopardy for wha

1pal + Campbell

ped all Mr LH

bedded down with

| Concluded Enquête terminée | Date Complainant Notified Date d'avis au plaignant | S.U.I. E.C.E. | D.D. — D.A. | Consulted Consulté | Attended sur les lieux | Advised avisé |
|---|---|---|---|---|---|---|
| Investigator — Enquêteur | | | | Supervisor Signature | | |
| Scoldan + Coutte + Trudeau | Date | | | | | |
| COPIES TO: — COPIES A: | | | | | | PAGE |
| H.O. | C.I.S. | G.I.S. | | | | 1 |

I ask you to the Clerk of — to stamp this letter?

---

To Whom it may Concern:

I promised mom and dad that someday I would track down the "CIA"! That promise goes back to April 12 1953 in Sweet Grass Montana. But I made that promise Oct 8 1964, when I caught the CIA wiretapping moms phone # 617-957-2498 at their home 86 Passaconaway Drive Dracut Mass. That address is on my military discharge a "DD-214". Dept of Defense, the Pentagon. Finally my nightmare is "OVER"! and yours "BEGINS". It begins for you in a police report written by Sgt Paul Fletcher of the White Rock B.C. "Police" at 11:30 AM May 5 2002. I thank all of you crooks for reports that I subpoenad from. 15000 pages! 6 defendants and 1000's of you "BUDDIES." Bye!

I filed lawsuit April 6 2010     See You in Court

To this day NOV 29 2010 no response     Emile Clermont
There was never one response at all
to this day Jan 5 2019

Emile Clermont
1462 Peace Portal Dr
Blaine Wash
Box 9 8231

Received
Mail Room
NOV 29 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

RE-1

GONE

ID: Insert N/A in the items below which are not applicable

**PERSONAL DATA**

1. LAST NAME - FIRST NAME - MIDDLE NAME: CLERMONT JOSEPH
2. SERVICE NUMBER: RA 16 719 652
3a. GRADE, RATE OR RANK: 0
b. DATE OF RANK (Day, Month, Year): 0
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY RA TC
5. PLACE OF BIRTH (City and State or Country): TROCHU ALBERTA CANADA
6. DATE OF BIRTH: DAY 25 MONTH May YEAR 41
7a. RACE: NA OOPS
b. SEX: MALE
c. COLOR HAIR: BROWN
d. COLOR EYES: BROWN
e. HEIGHT: 68
f. WEIGHT: 188
8. U.S. CITIZEN: ☐ YES ☒ NO — THANKS USA (LIARS)
9. MARITAL STATUS: SINGLE
10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: 10 YEARS ← HO
b. MAJOR COURSE OR FIELD: ACADEMIC

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: TRFD TO USAR (SEE ITEM #18)
b. STATION OR INSTALLATION AT WHICH EFFECTED: US ARMY PERSONNEL CENTER, OAKLAND CALIFORNIA
c. REASON AND AUTHORITY: Par 7 AR 635-205 SPN 411 O/S Rot (RAO)
d. EFFECTIVE DATE: DAY / MONTH / YEAR
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HQ&A CO 7TH MED CO APO 7 EUSA
13a. CHARACTER OF SERVICE: 0
b. TYPE OF CERTIFICATE ISSUED: NONE

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: 47 | 50 | 41 | 195
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: LB # 50 SPARTA WISCONSIN
16. DATE INDUCTED: DAY NA / MONTH / YEAR
17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: USAR CONTROL GROUP (REINF) XIII US ARMY CORPS

**SERVICE DATA**

18. TERMINAL DATE OF RESERVE OBLIGATION: DAY 6 MONTH 0 YEAR 0
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER:
b. TERM OF SERVICE (Years):
c. DATE OF ENTRY: DAY / MONTH Sep / YEAR 61
20. PRIOR REGULAR ENLISTMENTS: NONE
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: PVT E-1 (P)
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): MILWAUKEE WISCONSIN
23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): RT #3 TOMAH (MONROE) WISCONSIN
24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 2 | 11 | 9 |
| | (2) OTHER SERVICE | 0 | 0 | 0 |
| | (3) TOTAL (line (1) + line (2)) | 2 | 11 | 10 |
| b. TOTAL ACTIVE SERVICE | | 2 | 11 | 19 |
| c. FOREIGN AND/OR SEA SERVICE | USARPAC | 1 | 7 | 25 |

wrong

25a. SPECIALTY NUMBER AND TITLE: 631.1627 WHL VEH MECH
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: NA
26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: MARKSMAN (RIFLE) EXPERT (RIFLE)
27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): NONE
28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| a. SCHOOL OR COURSE | b. DATES (From-To) | c. MAJOR COURSES |
|---|---|---|
| USATC ENG | 8 WKS 61 | WH VEH MECH |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED: NA

**VA DATA**

30a. GOVERNMENT LIFE INSURANCE IN FORCE: ☐ YES ☒ NO
b. AMOUNT OF ALLOTMENT: NA
c. MONTH ALLOTMENT DISCONTINUED: NA
31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): NONE
b. VA CLAIM NUMBER:

**AUTHENTICATION**

32. REMARKS
BLOOD GROUP: A (wrong)
SSAN: 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 ← WRONG #3106 55
ITEM 3A: PFC E-3 (P) APTD 1 Jul 62 DOR: 23 May 62
Lump sum payment made for 1? days accrued leave

"Oh Know" says, John McCain Oct 7, 2008
Thanks John: Joseph Clermont

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): 86 PASSACONAWAY DRIVE DRACUT (MIDDLESEX) MASSACHUSETTS
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: 0
35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: 0

DD FORM 1 NOV 55 214 — REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE

I am the longest serving member [illegible] till I die OOPS

OTTAWA

FAXED TO → DISTRICT I Commander Barry Hickman

dangerous cop

RE-1

**1. LAST NAME - FIRST NAME - MIDDLE NAME:** CLERMONT EMIL JOSEPH
**2. SERVICE NUMBER:** RA 16 719 652
**3a. GRADE, RATE OR RANK:** SP4 E-4 (T)
**b. DATE OF RANK:** 13 Dec 63

**PERSONAL DATA**

**4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS:** ARMY RA TC
**5. PLACE OF BIRTH (City and State or Country):** TROCHU ALBERTA CANADA
**6. DATE OF BIRTH:** Day 25 / Month May / Year 41
**7a. RACE:** NA
**b. SEX:** MALE
**c. COLOR HAIR:** BROWN
**d. COLOR EYES:** BROWN
**e. HEIGHT:** 68
**f. WEIGHT:** 188
**8. U.S. CITIZEN:** YES ☐ NO ☒
**9. MARITAL STATUS:** SINGLE
**10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED:** 10 YEARS
**b. MAJOR COURSE OR FIELD:** ACADEMIC

**TRANSFER OR DISCHARGE DATA**

**11a. TYPE OF TRANSFER OR DISCHARGE:** TRFD TO USAR (SEE ITEM #18)
**b. STATION OR INSTALLATION AT WHICH EFFECTED:** US ARMY PERSONNEL CENTER, OAKLAND CALIFORNIA
**c. REASON AND AUTHORITY:** Par 7 AR 635-205 SPN 411 O/S Ret (RAD)
**12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** HQ&A CO 7TH MED CO APO 7 EUSA
**d. EFFECTIVE DATE:** Day 8 / Month Sep / Year 64
**13a. CHARACTER OF SERVICE:** HONORABLE
**b. TYPE OF CERTIFICATE ISSUED:** NONE

**SELECTIVE SERVICE DATA**

**14. SELECTIVE SERVICE NUMBER:** 47 50 41 195
**15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE:** LB # 50 SPARTA WISCONSIN
**16. DATE INDUCTED:** Day NA / Month / Year

**SERVICE DATA**

**17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED:** USAR CONTROL GROUP (REINF) XIII US ARMY CORPS
**18. TERMINAL DATE OF RESERVE OBLIGATION:** Day 19 / Month Sep / Year 67
**19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION**
**a. SOURCE OF ENTRY:** ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER
**b. TERM OF SERVICE (Years):** 3
**c. DATE OF ENTRY:** Day 20 / Month Sep / Year 61
**20. PRIOR REGULAR ENLISTMENTS:** NONE
**21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE:** PVT E-1 (P)
**22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State):** MILWAUKEE WISCONSIN
**23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State):** RT #3 TOMAH (MONROE) WISCONSIN
**25a. SPECIALTY NUMBER AND TITLE:** 631.1627 WHL VEH MECH
**b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** NA

**24. STATEMENT OF SERVICE**

| | | Years | Months | Days |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 2 | 11 | 19 |
| | (2) OTHER SERVICE | 0 | 0 | 0 |
| | (3) TOTAL (Line (1) + Line (2)) | 2 | 11 | 19 |
| b. TOTAL ACTIVE SERVICE | | 2 | 11 | 19 |
| c. FOREIGN AND/OR SEA SERVICE USARPAC | | 1 | 7 | 29 |

**26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:** MARKSMAN (RIFLE) EXPERT (RIFLE)
**27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known):** NONE

**28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED**

| a. School or Course | b. Dates (From-To) | c. Major Courses |
|---|---|---|
| USATC ENG | 8 WKS 61 | WH VEH MECH |

**29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:** NA

**VA DATA**

**30a. GOVERNMENT LIFE INSURANCE IN FORCE:** ☐ YES ☐ NO
**b. AMOUNT OF ALLOTMENT:** NA
**c. MONTH ALLOTMENT DISCONTINUED:** NA
**31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type):** NONE
**b. VA CLAIM NUMBER:** C-NA

**32. REMARKS**

BLOOD GROUP: "A+"
SSAN: [redacted] ← BARRY did this
ITEM 3A: PEC E-3 (P) APTD 1 Jul 62 DOR: 23 May 62
Lump sum payment made for 19 days accrued leave

**AUTHENTICATION**

**33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State):** 88 PASSACONAWAY DRIVE DRACUT (MIDDLESEX) MASSACHUSETTS
**34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED:** [signature]
**35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:** R. W. DEATSCH, CWO, W-4, USA, ASST ADJ
**b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN:** [signature]

DD FORM 1 NOV 55 214 — REPLACES EDITION OF 1 JUL 52 WHICH IS OBSOLETE.
ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

D29

207

RCMP HQrts OTTAWA

** TOTAL PAGE 24 **

Incident History for: _____
Case Numbers: $AP10026649

Entered           12/22/10   09:13:30   BY WCCRT1 927
Closed            12/22/10   09:35:01

Initial Type: ASTAGE1      Final Type: ASTAGE1 (ASSIST AGENCY)
Initial Priority: 3        Final Priority: 3
Disposition: CAN    Source: 9    Primary Unit:
Initial Police BLK: AP0500    Final Police BLK: AP0500
Initial Fire BLK: 630001    Final Fire BLK: 630001

Group: AP1      Beat: S1      Map Page: E18C
Loc: 5119 HAZEL LN ,BLA   btwn MAPLE CR & SUNSET ST (V)
Loc Info: CONT BY PHONE AFTER[OR BEFORE IF NEEDED
Name: STEVE                    Addr: US CAPITAL POLICE        Phone: 2022241495

*(handwritten: " NOT MY NAME! ")*

/091330   (927  )   ENTRY        ATC 481 JOSEPH E CLERMONT 05.25.1941. ONGOING
                                 PROBLEM W/HIM CALLING POLICE DEPT IN WASHINGTO
                                 N DC. NO THREATS MADE. RP BELIEVES HE IS OFF H
                                 IS MEDS AGAIN. HE IS SCHITZOPHRENIC
/091330           $ASNCAS       $AP10026649
/091426           SUPP          TXT. HE WAS CIVILLY COMMITTED IN FEB IN PART D
                                 UE TO HIM CALLING THE DC POLICE FREQUENTLY. PA
                                 RT OF HIS PROBATION IS THAT HE MUST TAKE MEDS.

*(handwritten: NOT TRUE)*

/091904   (966  )   HOLD
/093501   (970  )   CANCEL       ,1S20 HANDLED
/093501           CLOSE

*(handwritten: So a cop in WASH DC diagnosis me as a "SCHITZO"*
*"wow what a doctor" "what is his name?"*
*Aug 28 2018 )*

*A5*

| NAME: **CLERMENT, JOSEPH EMIL** | | DATE: *MAY 14 2004* ~~August 16 2004~~ |
| --- | --- | --- |
| ADDRESS: Cedar Lane Motel, 926 – 160 St, White Rock, BC | | PHN: 9864 104 577 |
| & DOB: May 25, 1941 (63) | PHONE – MOTEL: 604-531-5973 | WORK: N/A | CELLULAR: |

DESCRIPTION: *NONE*

MENTAL HEALTH CONTACT: none — PHONE: n/a

| CAUTION | SUICIDE: *wow Im DEAD!* | AGGRESSION: *NOT TRUE* Can become verbally aggressive, threaten legal action, etc. |
| --- | --- | --- |

MENTAL HEALTH CENTRE:
x WR/SS ___ S. Central ___ S. North ___ Langley Delta N ___ S ___

DATE OF LAST CONTACT: n/a

PSYCHIATRIST: March 10/04 psych consult by Dr. Maskell
PHONE: 604-535-4500 ext. 7171

CASE MANAGER / OTHER COMMUNITY CONTACT: – this man is not a MH client *Maskell says to me in person "I'm OKAY!"*
PHONE:

GP: ?– Dr. Martin Lebl
PHONE: 604-542-4885

LATIVE/OTHER CONTACT:
PHONE:

| DIAGNOSIS: AXIS I Delayed PTSD, ? Delusional Disorder ? | AXIS II ? Personality Pbms ? | AXIS III U/K |
| --- | --- | --- |

MEDICATIONS: Compliance–Y ___ N ___ Has a very anti-medication bias
PRESCRIBED BY: *Forster tried to murder me on June 4 2004*
DATE:

SIDE EFFECT ALERT: Y ___ N ___   *Oct 1 1963 was a Sunday I arrived at Inchon Korea with at least 1000 troops*

CAUTION ALERTS:     *Bull-S*
- PSYCHOSIS          ___ AGGRESSION          ___ SELF-HARM BEHAVIOR
- SUICIDAL IDEATION  ___ SUICIDE ATTEMPT     ___ SUBSTANCE MISUSE
- ELOPEMENT RISK     ___ REPEAT HOSPITALIZATION ___ FIRE SETTING
- (VICTIM OF ABUSE)  *YES In the victim* ___ FORENSIC/CRIMINAL ___ HOUSING

SPECIFY: History of War Trauma (Korea) *Another lie. I was only 9 years old*

SUMMARY OF PRESENT PSYCHIATRIC STATUS: Received call from Staff Sgt Tom Forrester (WR RCMP) that this man comes to their front desk up to 6x/wk with a variety of complaints. They state he is very aggressive, angry and demanding, difficult to redirect and escalates quickly at any perceived slights. He expresses paranoid ideation - "everything is a conspiracy", states "police are criminal if they don't treat me right", threatens to sue and that he will not give up until "everyone has lost their job". Police believe his behavior could escalate into violence at any time though he has not verbally threatened violence. Their clerical staff feel unsafe when he begins ranting. He is refusing any mental health or psychiatry involvement. His GP, Dr. Lebl, believes his social and psychological functioning is continuing to deteriorate as he has "gone into hiding", becoming more aggressive and is living on credit and the benevolence of others". ← *TRUE* ( *a lie* )

CARE PLAN/TREATMENT Recommendations/Request (e.g. Tx Approach, Med Management, Inpt. bed; Psych acsmt, etc.)
Dr. Lebl wants a Psychiatric Assessment if this man comes into ER at any hospital. As well, police have been encouraged to place a charge with Crown Counsel if their staff believe his behavior is harassment.

Person Completing Form & Agency: ?aine Hall, White Rock/South Surrey MHC
PHONE / PAGER: 604-541-6844

*Lorraine Hall never heard of me!* Oct 1-27
*Emil Clermont*

cc: X MHC    X Peace Arch Hospital—ER (fax:535-4536)    r. mh / white rock / forms / mh alert form.doc
X SMH ER   X LMH ER RCMP OFFICER   *BARRY HICKMAN Emil Clermont aug 27 2018*

*OTTAWA RCMP HEADQUARTERS IN OTTAWA CANADA*

*(right margin, rotated)* Oct 15 2004 he told me phone that med to me ... Forster retired NOV 1 2004

TOTAL P.02

3

12.    The letter dealt with some information requests and also requested that he discontinue
       attending the White Rock Detachment or telephoning staff members due to some staff
       fearing for their personal safety.

       *June 1st 2004 I was operated on Sunday for several tender*

13.    In August of 2004, I contacted White Rock Mental Health to try and get some appropriate
       help for Clermont.

14.    On September 7, 2004 White Rock RCMP was contacted by the Hospital because Clermont
       had called them and said he was coming in to deal with problems from a surgery in February
       2004. Two constables attended and observed Clermont. They spoke with some of the staff
       who were scared and stood by in the event of an incident. Attached and marked as Exhibit
       "C" is a copy of the Continuation Report prepared following this incident.

15.    At the present time Clermont is still leaving me weekly voice mail messages and calling
       various members and staff at the White Rock Detachment. In these messages he alleges that
       I am trying to kill him. I have considered seeking a peace bond under section 243.1 of the
       *Criminal Code.*

16.    I understand that Clermont's Statement of Claim refers to written threats from me. I have
       never threatened Mr. Clermont in writing or otherwise.

17.    I swear this Affidavit in support of the Defendants application to have the Plaintiff's claim
       dismissed. *I was plaintiff* APR APRIL 6 2010

                                                          *Hazel Jan Blanc*
                                                                        WA
SWORN BEFORE ME at White Rock          )
British Columbia, this 16th day of December,  )          _____
2005.                                  )          THOMAS FORSTER
                                       )
                                       )
_____           )
                  # 43638              )
A Commissioner for taking Affidavit    )
Within the Province of British Columbia )

Emil Clermont # 1
October _25_, 2005

No.: S047047
VANCOUVER REGISTRY

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

### EMIL CLERMONT

PLAINTIFF

AND:

### FRASER HEARTH AUTHORITY

DEFENDANT

**AFFIDAVIT**

I, **EMIL CLERMONT**, Retired, of #22 - 3031 - 200ᵗʰ Street, of the City of Langley, in the Province of British Columbia **MAKE OATH AND SAY THAT:**

1. THAT I am acting on my own behalf with respect to the within action;

2. THAT ninety eight percent of my medical file is a forgery. Most disturbing is my premeditated attempted execution by lethal injection ~~September 9~~ *June 4*, 2004 at 16:10 hours in Cell Block # 14 at the Peace Arch Hospital, Police File Number 5977 and 6013, two incident numbers the patient that *was* taken without incident, I was that patient.

*This is what attempted murder looks like!*

SWORN BEFORE ME at the City of )
Surrey, in the Province of British Columbia )
this _25_ day of October, 2005. )
)
)
)
*Janice a m m m* )  *Emil J. Clermont*

A Commissioner for taking Affidavits in and ) **EMIL CLERMONT**
for the Province of British Columbia.
JANICE A. McMATH
NOTARY PUBLIC
#200 - 10351 - 150 STREET
SURREY, B.C. V3R 4B1
TEL: (604) 588-1202 FAX: (604) 588-2005
Permanent Commission

*my leg was block from operation just 3 days before they tried to kill me with same drug used to operate on me, June 1 2004*

JOHN McCAIN
ARIZONA

COMMITTEE ON ARMED SERVICES
COMMITTEE ON COMMERCE,
SCIENCE, AND TRANSPORTATION
COMMITTEE ON INDIAN AFFAIRS

# United States Senate

241 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-0303
(202) 224-2235

5363 NORTH 16TH STREET
SUITE 106
PHOENIX, AZ 85016
(602) 952-2410

4703 SOUTH LAKESHORE DRIVE
SUITE 1
TEMPE, AZ 85282
(480) 897-6289

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670-6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952-0170

October 8, 2008

Emil Clermont
Box 2453
211 H St.
Blaine, WA 98230

Dear Emil:

*After forcing 13 docs from Shamrock motel. John faxed me a note call me as soon as possible so I did see soon as he say my # on call display he said on my discharge Oh my God how could this happen to you but I said it did and I summoned my first assination by lethal injection 6-4-4 at PEACE ARCH HOSPITAL Room 214 WHITE ROCK BC.*

I want to take this opportunity to thank you for your letter of October 7, 2008 regarding your situation.

Unfortunately, your situation appears to involve litigation or may require litigation under the judicial system. Members of Congress are precluded from inquiring into matters pending before the courts by provisions of the Constitution that mandate a separation of powers between the Judicial, Executive, and Legislative branches. I feel that my involvement in your present situation may be viewed as an interference in the judicial process.

Mr. Clermont, I am sorry that I cannot be of assistance at this time and your correspondence is being returned to you.

Sincerely,

John McCain
United States Senator

JM/xae

*"John" Elfo stole this letter on or about Jan 21st 2010 it matches date by Jerry Brown when she stole $225 from my Bank of Pacific 3-3-10*

*(You cannot deny the written word!*

**Continuation Report**

RCMP
Page 1 of 1

A53

*Notice THE 1 page of 1 Continued from what?*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **CONTINUATION REPORT:1** ▓▓▓▓▓▓▓▓▓▓▓▓

EVNT: 040006013 / h
ID: 51243
CREATED: 2004/09/09 173020
COMPLAINANT NOTIFIED:
DIARY DATE:

OCCUR: 20040006013
NAME: jarjoura, lj
CONCLUDED:

*why date 4-4-2004*

*Sgt Barry Hickman faxed this to RCMP in OTTAWA*

A8

SUBJECT:
MHA CLERMONT, Emile(DOB:1941-05-25)

ACTION TAKEN: *This action took place at 16.10 hrs*
2004-09-09 @1142 *("Pre-meditated attempted murder!")*

*OD* *was on my side* *("murders") Period*

Cst. JARJOURA, Cpl FLETCHER and S/Sgt FORESTER were dispatched to the Peace Arch Hospital to restrain an MHA patient who has being kept in                room #14. The patient has had many dealings with the RCMP his name is CLERMONT, Emile (DOB:1941-05-25). The members spoke to the head nurse as soon as they came in. The latter indicated that they have tried earlier to give him his medication and was very violent with them. She said that he was swinging at the doctors and the nurses. Cpl. FLETCHER tried to speak to Emile politely and asked if he would take his medication willingly, Emile refused and said that he did not wish to be disturbed. The medication was to be administered by injection. The members decided to restrain Emile as it is necessary for him to take the medication according to the medical staff. All three members restrained him while the nurse injected him with the medication. Cst. JARJOURA noticed that Cpl. FLETCHER had hit his head on the wall during the process but injuries were not noted. Emile complained from his left leg as he has had a surgical operation done on it. The nurse injected him in the right shoulder. Cst. JARJOURA did not notice any injuries on Emile after the incident. The members with the hospital staff left the room and locked it behind.

*wrong right knee*

*aug 28 2018*

*("DEVIls NEVER WIN!")*

@1420hrs  *This action never took place at all.  Emile Clermont*

Peace Arch Hospital contacted the RCMP again and asked if they can send few members to attend because they wanted to administer another dose of medication to Emile and they want the police to be present because of the previous incident. Cst. JARJOURA, Cst. GADSBY and Cpl. FLETCHER made their way to the hospital. Emile was very compliant and took his oral medication without any problem. JARJOURA did not notice any injuries on the subject. Emile was friendly with the members and made few jokes.

*("I was in a coma for") 2 or 3 days ("Blood was dry and Black")*

*liar!*

NFAR
CH
JARJOURA. 51243(Original Completed: 2004-09-09 17:47 PUID: ws03 REG: 51243)

*Jarjoura was not there, Hamilton was!*

*Psycho cop Report filed MAY 27-05 by Hamilton*

*Original FILE # 5-977*

*(handwritten top)* Emil Clermont Sept 24 2004!

**Continuation Report** *(handwritten: "Pre-meditated attempted murder period")* (A9) JJR  Page 1 of 1 Δ

*(handwritten left margin: "G O D W 4 S 9 U MY c SIDE" DEVILS LOSE HAMILTON )*

### CONTINUATION REPORT: 1

EVNT: 040006013 / h  OCCUR: 20040006013
ID: 51243  NAME:
CREATED: 2004/09/09 173020  *(handwritten: wrong date)* *(handwritten: my right leg was swollen 3 times its nomal size color BLACK Looks bad at 4 days after operation on right knee)*
COMPLAINANT NOTIFIED: *(handwritten: 6-7-2004)*  CONCLUDED:
DIARY DATE:

SUBJECT:
MHA CLERMONT, Emile(DOB:1941-05-25) *(handwritten: wrong JUNE 2 2004)*

ACTION TAKEN:
2004-09-09 @1142  *(handwritten: "given operated on June 1st 2004")*

*(handwritten: "Murderers period, just bunch of THUGS")*
*(handwritten: RCMP a (Terrist Organization) Period!)*

*(handwritten: CPL FLECHTER)* and S/Sgt FORESTER were dispatched to the Peace Arch
Hospital to restrain an MHA patient who has being kept in  room #14. The patient
has had many dealings with the RCMP his name is CLERMONT, Emile (DOB 1941-05-25). *(handwritten: LIAR)*
The members spoke to the head nurse as soon as they came in. The latter indicated that they
have tried earlier to give him his medication and was very violent with them. She said that he
was swinging at the doctors and the nurses. Cpl. *(handwritten: FLETCHER)* tried to speak to Emile politely
and asked if he would take his medication willingly, Emile refused and said that he did not wish
to be disturbed. The medication was to be administered by injection. The members decided to
restrain Emile as it is necessary for him to take the medication according to the medical staff.
All three members restrained him while the nurse injected him with the medication. Cst.
*(handwritten: HAMILTON)* noticed that Cpl. *(handwritten: JARJOURA)* had hit his head on the wall during the process but *(handwritten: RIGHT KNEE)*
injuries were not noted. Emile complained from his left leg as he has had a surgical operation
done on it. The nurse injected him in the right shoulder. Cst. *(handwritten: FLETCHER)* did not notice any
injuries on Emile after the incident. The members with the hospital staff left the room and *(handwritten: my)*
locked it behind. *(handwritten: LIAR - LEFT HIP! BIRTHDAY)*

*(handwritten: LATCH mis HOME 13045 96A AVE. Signed may 25 2004 at SURREY Emil Clermont my Home wife present)*

*(handwritten left margin: "This NEVER HAPPENED AT ALL!")*

@1420hrs. Peace Arch Hospital contacted the RCMP again and asked if they can send few members to
attend because they wanted to administer another dose of medication to Emile and they want
the police to be present because of the previous incident. Cst. *(handwritten: HAMILTON)* Cst *(...)* B/and
Cpl. *(handwritten: FLETCHER)* made their way to the hospital. Emile was very compliant and took his oral
medication without any problem. *(handwritten: FLETCHER)* did not notice any injuries on the subject. Emile
was friendly with the members and made few jokes. *(handwritten: liars)*

*(handwritten: Forster swears oath out DEC 16-05 deletes names, I swear out oath Oct 25 and NOV 9-05 I swear mine out by memory Oct 16-2004 "2 or 3 day Coma")*

NFAR
CH
JARJOURA. 51243(Original Completed: 2004-09-09 17:47 PUID: ws03 REG: 51243)

*(handwritten: This is no joke these cops are evil and extremely dangerous)*

*(handwritten: NEVER HAPPENED  I was in a coma for at least 3 days DATE PEACE ARCH)*

## Incident Report: 201900031

Current As Of:          1/15/2019 12:42:59 PM

---

### Continuation Report          Officer:   DEFFINBAUGH, Skylar

---

**Summary**
Deffinbaugh Narrative

*[handwritten: I have never talk to this cop]*

**Mentioned**

**Action Taken**
On January 7th, 2019 at approximately 1837 hours I, Officer S. Deffinbaugh #JP185, while working my assigned patrol beat in a full uniform and marked patrol car, responded to a trespassing request at 1490 Peace Portal Drive, Blaine WA 98229.

The reporting parties, Justin and Elizabeth Farmer, called to report that Emil CLERMONT had come to their home ranting and raving about an eviction notice they had issued to his apartment. Justin explained that Emil has yelling and screaming and causing a general disturbance over matters that needed to be addressed in court. Emil made a vague threat about Elizabeth and Justin being "in big trouble" and Justin called 911 to request a trespass. *[handwritten: Thats exactly what I told to do CALL 911 and it worked Big Time]*

I contacted Emil as he was speaking the former apartment manager in 1470. The residents inside were clearly uneasy at Emil's presence and I escorted him back to his apartment. Sergeant Greene spoke with the occupants of 1470. These occupants also wanted Emil trespassed from their apartment. *[handwritten: BS ↑]*   *[handwritten: I caught the crooked Police in Blaine meddling in my personal life as well as Justin]*

I advised Emil he was trespassed from 1490 verbally as he went inside his apartment. *[handwritten: Right cop]*   *[handwritten: Elz both Tal mental Problem]*

Emil's wife, Latchmi REDDY, emerged from the next door neighbor's apartment and asked us to take Emil away. It has been explained to Latchmi several times that Emil's mental health status is not criminal and that she needs to utilize the proper channels to force mental health treatment upon him. I again explained that Latchmi needed to get go before Whatcom County Superior Court with Emil's doctor and seek and order committing him for an involuntary mental health evaluation. *[handwritten: Right you all loser]*   *[handwritten: a psychiatrist in the court house, you know that's lawyers crooked judges too - Bill Elfo is there there]*

I explained to Latchmi that she needed to make arrangements to stay elsewhere for the evening since Emil had locker her out or contact her apartment manager to come unlock the door. Emil opened the door and invited Latchmi inside. Latchmi kept refusing to go inside the house and eventually police left due to lack of reasonable accommodation on Latchmi's behalf. *[handwritten: BS - I love my wife Losers]*

Officers returned a short time later when Latchmi called again to say that she was still locked out. I asked Latchmi where her nearest family lived. Latchmi told me that she had family in Vancouver *[handwritten: BS B]*

Page 2 of 3

*[handwritten: CONFIDENTIAL VPN no believe  suppy + Burnaby only]*

## Incident Report: 201900025

Current As Of:          1/15/2019 12:42:31 PM

me to get out of the house. I again told him not to call 911 unless he had an emergency to report or he would be arrested.

Emil's wife Latchmi Reddy 01/29/1951 told us that Emil has not been taking his medications and that was why he was not making sense. She requested we take him to the hospital. Sgt Greene and I explained to her that this was not enough reason for us to take him to the hospital unless it was under his own free will.

End of Report B Gullikson JP183.

**Statements**

**Evidence/Property**

**Action Recommended**

| | Date/ ID: | 1/5/2019 183 | GULLIKSON, Bradley | Incident: | 201900025 |
|---|---|---|---|---|---|

GULLIKSON *dangerous cop I can call 911 anything if I want to*   Incident: 201900025

I Certify (declare) under penalty of perjury under the laws of the State of Washington that the foregoing Is true and correct.

| | | BLAINE POLICE DEPARTMENT |
|---|---|---|
| OFFICER'S SIGNATURE | BADGE NUMBER | AGENCY |

BLAINE, WASHINGTON                0
PLACE SIGNED          DATE SIGNED

*Police broke the law when they took me to St Joes Hosp 3-3-10 Sgt Wayne White of Blaine Police DEPT, White arrested me inside of the station on 3-3-10 march 2010 on 3-3-10 Jerry Brown stole 1225 Bank of Pacific from my Bank plus $1000 accident from Wells Fargo and from Wells Fargo Bank of Pacific $4000 from Bank of Pacific I closed that account $3 left with on closed Wells Fargo $9.84 left account only Bank Robbers on Gunsmoke were hanged outside of Dodge City KS from Oak Tree. GOOD! lint.*

CONFIDENTIAL

Page 3 of 3

## Incident Report: 201900025

| | |
|---|---|
| Current As Of: | 1/15/2019 12:42:31 PM |

---

**Continuation Report**   Officer:   **GULLIKSON, Bradley**

---

### Summary

Officer Gullikson's Narrative

### Mentioned

CLERMONT, Emil Jospeh  -  CONTACT
1462 Peace Portal Dr  Blaine  WA  98230
Phone: 360-483-6292  Cell Phone:
DOB: 5/25/1941   Employer:   Emp Phone:

REDDY, Latchmi  -  CONTACT
1462 Peace Portal Dr  Blaine  WA  98230
Phone: 360-656-5228  Cell Phone:
DOB: 1/29/1951   Employer:   Emp Phone:

*[handwritten: my # at HAZ 6L²D]*

### Action Taken   *[handwritten: 4-6-2010]*

*[handwritten right margin: This is my tel # at 5119 Hazel Ln Blaine WA 98230 Where I filed a $500,000,000 law suit against 65 def SHERRIFF Elfo Landis BormoOnion Bush Hayden John Bremer Rumble Hayer Stockwell Day Belf Zimmerman SS Agents CIA agents and I was awarded the money by default judge R. seton]*

On 01/06/19 at approximately 2006 hours I took an assist citizen phone call. *[handwritten: I was in Burnaby on the date X ... and I was awarded the money by default judge R. seton]*

Kulshan Dispatch advised a male was calling in who refused to identify himself. They said he was not making sense and wanted to report a murder from September. Kulshan advised he likely had mental issues. They also said the phone number of 360-483-6292 which he was calling from was associated with Emil J Clermont 05/25/1941. *[handwritten: yes my phone has been wiretapped for says so over 12 yrs by Bill Elfo who says in swat upset]*

I tried calling the number several times and the call would disconnect in a manner which appeared *[handwritten: I have an]* they were rejecting the call. I informed Kulshan dispatch that the caller rejected my call several times and to let me know if he called back. *[handwritten: TRUE Because Elfo wiretapped that # JAN 8 - 2009    mental disease]*

At approximately 2038 hours Kulshan Dispatch advised he called back again. Sgt Greene and I went to 1462 Peace Portal Drive where Emil Clermont lives.

I contacted Emil. I asked him why he continued calling 911. He said he was convicted of a crime and was upset about it. I told him this was not a reason to call 911 and again asked if he had an emergency or needed any assistance. He then stated that Jon Landis, referring to Officer Landis at the Blaine Police Department, had plead guilty to pre meditated murder. I told Emil this was true and not a reason to call 911. *[handwritten: this is true DEC 12-2009 at APT #8 Emil Clermont 5-11 D ST Blaine WA 98230]*

I told Emil to not call 911 unless he had an emergency to report. Emil became upset and yelled at *[handwritten: I called 911 and went to St Jose for 2 days medical records indicate I almost had heart attack because of extremely high blood pressure?]*

*[handwritten watermark: CONFIDENTIAL]*

Page 2 of 3



# **Blaine Police Department**

Distribution:

Outside Distribution:

**Blaine Police Department**
**322 H Street**
**Blaine, WA  98230**

## Incident Report: 201802858

Current As Of:        1/15/2019 12:42:03 PM

**Offense:**  **Mental Health Concern**          *Reported*   12/27/2018  *Rcvd*  8:16 PM  *Officer:*   192
          *FABRICATION PIERIod/Department*  12/27/2018  *Disp*  8:16 PM  *NC,*
                *End*   12/27/2018  *Clrd*  8:16 PM

**Location:**  1400 BK Peace Portal Dr
**CityState:**  Blaine  *WHO CALLED  NOBODY*          **Apt:**          **Grid:**          x1
**Incident**  A person called and requested an officer phone them. Dispatch reported the man wanted to talk about the Sheriff's office labeling him as
**Summary**  having mental health problems.  An officer attempted to phone the man back after handling other priority calls, but he did not answer. The
          man never called back and the officer was not able to contact him.   *Hey this cop is telling the true*
                      *psycho Bill Elfo Looser*
*THIS DIDN'T EVEN HAPPENED AT ALL BS*

**People Involved:**                                          *not dead*
                              Sex / Race                        *yet*
                              Phone/              Citation/Charge/Offense        Date
Involvement   Name / Address    Cell Phone    DOB/ AGE    Caution              Officer

Complainant   CLERMONT, Emil Jospeh    M  W    5/25/1941  77            12/27/2018    *I have not spoten to  "OH"*
              1462 Peace Portal Dr    360-483-6292                    FARRER      *"OH"*
              Blaine, WA                                      *this cop in my life*

*I was plantiff in all 31 cases and I won everytime*
*I was never a def because I never committed a crime in my*
*life yet I was arrested without at 7 times. I the last*
*12 years from april 27 2002 "Hamilton" to fraine 2014 I spent*
*12 years in prison. I was tortured 1008 of times. I was*
*also water boarded 3 times at Tacoma Hosp. ordered by*
*Bush and Obama admin, Cnd Yharper and Crittan PMS*
*Hillary Clinton Mike Hayden Robert muelle FBI in of Canada*
*John Bremes of CIA*        CONFIDENTIAL
*Ramsfeld Robert Mueller*      Page 1 of 2
*and his thug Bill Zimmerma  4 SS agents Smith + VAN LOO*
*James Ruth + Larry Wilson  RIS Counlab 9 en in VAN BC.*
*West Pender Street*



# Blaine Police Department

Distribution:

Outside Distribution:

**Blaine Police Department**
**322 H Street**
**Blaine, WA 98230**

## Incident Report: 201802803

Current As Of:    1/15/2019 12:41:02 PM

| | | | | |
|---|---|---|---|---|
| *Offense:* **Assist Citizen** | *Reported* | 12/18/2018 | *Rcvd* 3:17 PM | *Officer:* 207 |
| | *Department* | 12/18/2018 | *Disp* 3:00 PM | NC, |
| | *End* | 12/18/2018 | *Clrd* 3:35 PM | |

*Location:* 1400 BK Peace Portal Dr
*CityState:* Blaine          *Apt:*          *Grid:*    X1
*Incident*  A person came into the Police Department to request assistance with her elderly husband who has not been taking his mental health
*Summary*  medicine. An officer advised the person that police could not force her husband to take his prescription medicine. The officer gave the person
the phone number for Adult Protective Services and advised her to call 911 if she feels she is in any danger. The person did not believe she
was in any danger. The officer cleared with out further incident.

*[handwritten margin notes:]* lack I got got letter from Trump date 12-18-2018  GOT LETTER FROM TRUMP 1-6-19 WE FLEW TO WASH DC 1-17-2019

### People Involved:

| Involvement | Name / Address | Sex / Race Phone/ Cell Phone | DOB/ AGE | Citation/Charge/Offense Caution | Date Officer |
|---|---|---|---|---|---|
| Contact | CLERMONT, Emil Jospeh<br>1462 Peace Portal Dr<br>Blaine, WA | M  W<br>360-483-6292 | 5/25/1941  77 | *WE WERT AT CANTWELLS office ON THIS DATE 4 HRS 11-3PM* | 12/18/2018<br>LANDIS |
| Complainant | REDDY, Latchmi<br>1462 Peace Portal Dr<br>Blaine, WA | F  I<br>360-656-5228 | 1/29/1951  67 | *Also has BC DL 6239293 | 12/18/2018<br>LANDIS |

*[handwritten:]* Landis pleaded guilty to pre meditated murder on Dec 13, 2009 at 1577 D st APT #8 Blaine Wack 98230 Landis claimed I had a mental problem 12-12-09 as well as Jerry Brown of evidence in a 500 million dollar law-suit on april 6 2010 Court Federal in wash DC

Page 1 of 2

*[watermark:]* CONFIDENTIAL

Pay Attention to this page:

You must have an arrest warrant before you can arrest anyone except when a crime has been committed like a bank robbery in progress, police don't need one. But you just can't arrest someone for the heck it. Thats a crime punishable by 20 years in prison. I've been arrested at least 12 times in the past 12 years and spent 10 years in prison without cause or reasons to arrest me. Because I had all lot of dirt on all lot of Police in B.C. and Washington State as well as CIA agents Secret Service agents, FBI Bush Cheney Rumsfeld CIA directors mike Hayden John Brenner Obama BILL ELFO TOO. Hillary Clinton PM of Canada Steven Harper SS agents Tommy Smith & Jarren Van Loo of Federal Way WASH.! and of cause Brandon Chin CIA agent out of CIA HDQUTS LANGLEY V.A. And a cop by the name of Jon Landis who spent many hours over phone calls with Chin and Bonnie Onion Mayor Blaine. That report shows you how deind the police are in Blaine and Langley B.C. like Corporal Tim Krector of Langley B.C. Police or Tom Forster Chief of Police in White ROCK and Barry Hickman of Surrey who faxe my military discharge and puts all me FD on INTERNET. My identity is all over the world. Like Moscow Hong Kong PARIS, LONDON, HAVANNA CUBA and OTTAWA ONT. Even in NEW DELHI INDIA TOYKO + China NORTH KOREA its in every city on earth. Thanks for stealing my ID you crooks Emil Clem

JAN 26 2019

To all defendent

"You all diagnosed me and my wife with mental problems such as scychsframia, BYE-POlAR, DISORDER, AND DELUSIONAL disorder That's easy to prove because I have 899 pages from Tacoma mental hospital in Tacoma WASH and their are about 7000 people in my medical file and you are in there as well as Castro Saddan Hussien, General Custer where I serve in thetunit in Camp Cary KOREA from Sept of 63 to Sep 64. Everyone claims I fought in Vietnam as a CIA AGENT But thats all B.S. Lies Period. They all have said I tried to Stop Bay of Pigs invasion. I was sleeping 900 miles away on a dairy farm 10 miles west of Sauk City Wisc on April 17 1961 that was a Wednesday. Castro used a 50 caliber machine guns on top of his tank. While JFK was sleeping in the white HOUSE!)) Kennedy was embarrist as well as the Cuban Missle Crisis I was involved in Fort Lewis WASH. I have 13 days of Oct 1962 from Oct 16 1962 a Sunday until Oct 29 1962 where Kennedy had to remove all ICBM missiles from Turkey, Greece and West Germany. 300 hundred massles were removed. Kennedy was embarrist. He's another president that couldn't keep it in his pants as well as "DONALD TRUMP". Stormy Daniels a hooker proves that is "TRUE"
Way to go DONALD you are having a great time being the President of Our Beautiful Nation, God Bless America Please tell me what the hell is wrong with this Fabricated Story about me thats all BS!
Sory Always  Bless you   Have a  Emil Clermont  Feb 2 Groud HOGS DAY nice "DAY!"   (OOPS)

LIST of DEFENDANTS!

| | |
|---|---|
| DAVE HOLD WESTERN STATES HOSP. ✓<br>9401 STEILACOOM BLVD<br>LAKEWOOD WA 98498 | ARTHUR STIENBERG<br>ST. JOSEPH HOSPITAL<br>2901 SQUALICUM PRKY<br>BELLINGHAM WA 98225 |
| GOV JAY INSLEE ✓<br>BOX 40002 OLYMPIA WA<br>98504 | GEORGE ROCHE<br>311 GRANDE AVE<br>BELLINGHAM WA 98225 |
| JENNY DURKIN MAYOR ✓<br>BOX 94749 SEATTLE WA<br>98124 | RACHEL BOWMAN<br>555 4th ST NW<br>WASH. D.C. 20530 |
| KELLY LINVILLE ✓<br>210 LOTTIE ST BELLINGHAM WA<br>98225 | RANDELL NORTON<br>4100 N. FAIRFAX DR.<br>ARLINGTON VA 22203 |
| BILL ELFO 311 GRANDE AVE ✓<br>BELLINGHAM WA 98225 | SIMMONS SWEENEY SMITH<br>SEATTLE/BELLEVUE<br>11811 1ST ST. SUITE 200<br>BELLEVUE WASH 98005 |
| PRES DONALD TRUMP ✓<br>1600 PENNSYLVANIA AVE<br>WASH DC. 20500 | JAMES BRITIAN / KRELL<br>805 DUPONT ST SUITE 1<br>BELLINGHAM WA 98225 |
| RENA TAYLOR ✓<br>FERNDALE POLICE STATION<br>2220 MAIN ST FERNDALE WA<br>98248 | SUSAN SAATER<br>710 ALABAMA ST<br>BELLINGHAM WA 98225 |
| RAIG McLAUGHLIN / JUSTIN + ELIZABETH FARMER ✓<br>00 STEVENS ST / 1460 PEACE PORTAL DRIVE<br>ICHLAND WA / BLAINE WA 98230<br>99354 | DANIEL PARSONS<br>2223 COMMERCIAL ST<br>BELLINGHAM WA 98225 |
| ONNIE ONION / ALLEN SCHURBERT ✓<br>45 MARTIN ST / 322 H ST<br>3000 BLAINE WA / BLAINE WA<br>98230 / 98230 | GEORGE BUSH RANCH<br>CRAWFORD TX<br>76638 |
| PAUL BILLING ✓<br>2466 KING GOERGE BLVD<br>SURREY BC CANADA | DONALD RUMSFELD RANCH<br>TAOS N.M 87571 |
| DR COLIN GOOGEN / MELLANIE PULLAR ✓<br>RD STREET FERNDALE / WELLS FARGO BANK<br>98248 / 1855 MAIN ST<br>FERNDALE WA 98248 | RICCARDO MARTINEZ / MARY THIELER<br>WILLIAM McCOOL FEDERAL COURT<br>700 STEWART ST / LITMAN STEPHENS<br>SEATTLE WA 98101 |
| REGGIE B WALTON FED COURT ✓<br>333 CONSTITUTION AVE<br>WASH. D.C. | JEAN CLERMONT<br>D 192 PLEASANT ST<br>LEOMINISTER MA 01420 |
| JEFF LEGHORN WSBA 29119 ✓<br>2692 H STREET RD<br>BLAINE WA 98230 | JOE HART<br>189 MAIN ST<br>MARLBORO MA 01752 |
| TERRANCE LEWIS<br>FERNDALE MUNICIPAL COURT | TERRY BROWN ✓<br>541 BAKER [illegible] RD |

See what ... the ... and Pence ... wieidos Period

I was waterboarded in your stinken hospetal. no medical

help at all. you bastard tried to destroy my beatiful memory
with drugs I suffered a stroke on my
right side and no feel below
my waist I had to wear diapers
for 3 years you ... Period

**PRESIDENT**
**DONALD J. TRUMP**

This is where it was
it was written

SS office is in same
building tel # 202-406-9000

FIRST STREET, S.E. ★ WASHINGTON, D.C. 20003
/P MAKE AMERICA GREAT AGAIN COMMITTEE,

PRESORTED
STANDARD

MAILED FROM ZIP CODE
20003

MAILER'S
POSTMARK
PERMIT

USA USA

$333 million people so
I was singled out by Trump

why I know why Personal

he was trying to extort money from
me but it failed He a crook Period

Hey Bush
get a grip on
you asss!

Loser

Mr. Emil Joseph Clermont
P.O. Box 780
Blaine, WA 98231-0780

This letter was recieved
at this address on 1-6-19

WH tel # 202-456-1414

On 1-8-19 police where called by apartment
manager. In they came Chief Schubert impusoated
a UPS person in plain clothes, no badge but that
gun was on his waist. bond

**TRUMP**
**PENCE**
TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE
45

Auto

Attempted murder period, his own fellow police
officers were dumfounded by his behavour. Again stuped allegations that I
have a mental problem. "PROVE IT" YOU CANT. These cops cia agents ss agents
nis marshalls and 8000 people from 3 administratoin in US and Canada claim
I have a mental problems. Swat teams 400 times B.C. and here in Whatcom
County all say mental problems. "Loser" PROVE IT. If you can I'll throw
this law-suit on the Court floor and leave, but you cant So pay up and Shut
Losers your mouth

*See Walton look at this rotten crook TRUMP wrote this letter not me. He impersonated me 100 times that's 500 years in jail OOPS*

## ★★★★★ TRUMP PENCE
### TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE

0211018

*FEB 11-2018 Elfo was with Trump + Pence at WH making an appearance on that day at Court DC*

# PLEDGE OF SUPPORT

*Elfo sent a letter to TRUMP as he made an appearance at fed Court in DC MAY 11-2011*

To: President Donald J. Trump
c/o Trump Make America Great Again Committee
310 First Street, S.E.
Washington, D.C. 20003

From: Mr. Emil Joseph Clermont
P.O. Box 780
Blaine, WA 98231

*Trump smeared my name all over this page a coverup is worse than the crime itself!*

VT18PY014
546492071

*I have never talked to him or left him a voicemail message, I responded once with a 4 page written letter and a doc including Records Gomez who assisted JFK*

Dear President Trump,

*This entire letter is an impersonation of me by Trump AND PENCE perjury lies! "Period"!*

*picket fence NOV22 196*

Thank you for reaching out to me today. Unlike some unfortunately do, I don't buy the Liberal media's lies about you. From plummeting unemployment to making America's economy the #1 in the world, after two years in office you are truly Making America Great Again!

*Don't Forget Reagan Helped Saddam against Iran. no wonder they hate us Reagan was a loser*

But I realize the fake news media and Democrats will never be satisfied so long as you're in office. As we've just witnessed, they will never tell the truth about how well our country is doing. In fact, they actively worked to defeat our Majorities in 2018 with the most expensive smear campaign in the history of midterm elections – and will spend even more to defeat you in 2020!

Yes! I will answer your personal invitation to join the Trump Make America Great Again Committee today. Please find enclosed my most generous contribution of:

☐ $35   ☐ $50   ☐ $100   ☐ $250
☐ $500   ☐ $1,000   ☐ *Other: $30,000

*monday NOV5-18 I file law-suit*

*You may contribute up to $39,300

*FED Court Seattle Elfo backs date law-suit*

Signature: *Emil Joseph Clermont*   Date: *10-20-2018*
Mr. Emil Joseph Clermont

*On Oct 22-201 Oct 9-2018 7th on my calendar*

*Contributions to Trump Make America Great Again Committee ("TMAGAC") is on my or any participating committee are not deductible for federal income tax purposes. calendar*

Please make your personal check payable to:
**Trump Make America Great Again Committee (TMAGAC)**

See reverse side to make your contribution by credit card and for other important information.

*Trump and Pence have been planning to impersonate since a wiretap came on my phone on Sept 12-18 Call came from VH 202-456-1414 202-456-1414*

VT18PY014 546492071



CITY OF FERNDALE
# POLICE DEPARTMENT
KEVIN TURNER, CHIEF OF POLICE

August 27, 2018

Mr. Emil Clermont


Dear Mr. Clermont:

Per your request, enclosed are copies of four police reports plus a copy of all the files that you provided to this agency. The total page count is 354, at a fee of $0.15 per page which totals $53.10 for copying charges. Postage for the parcel is $8.50.

Please send a check or money order made out to the City of Ferndale for a total of $61.60.

Respectfully,

Ronaye Tylor

Ronaye Tylor
Support Services Supervisor

*Every body about 8000 people across N.AMERICA US Gov & CA GOV leader Presidents. Bush Obama Clinton Harper and has bond of thugs steel my personal does telling the world that me & Latchmi have a mental problem and I have to pay them to try and get my and Latchmis identity back! "HOW ABSURD!" You will a pay this time cause this Law-suit is massivol dont back date or post date PERIOD!*

2220 Main Street - P.O. Box 1257 - Ferndale, WA 98248 *Emil Clermont*
Office: 360-384-3390 FAX: 360-384-3345   *Feb 8 2019*
WWW.FERNDALEPD.ORG   *in WASH. DC - Court*

FEB-22-2008 16:37 FROM:SURE DELTA COPY CENT 6045830613 TO:6045862800 P:8/15

*GEORGE BUSHES EYES SET CLOSE TOGETHER*
*HE LAUGHS AT HIS JOKES WHICH ARE NOT FUNNY, INDICATING HE ALSO*
*HAS A SERIOS (MENTAL PROB.*

**Clermont v. Fraser Health Authority and Surrey Memorial Hospital** **Page 6**

George Bush, Pentagon, Korea, JFK, Colin Powell, "Vic Teows" (sic),
Minister of Justice, Lawyers, Doctors. *He lies as much as DONALD TRUMP.*

*You I.D. thieves had all documents to answer all*
If the question is ridiculous, common sense tells you the answer is *questions yes*
"no" *Its typical Republican behavior, just a bunch of liars. refused so I write*

If answer is "yes", please call that anonymous person to confirm your
conversation. *I did not give this to J. Allan, Stranger did.*

[13] The following questions are then listed: *She did not re-write this as this is I wrote it. There is no address on this page to respond to*

Did I, Emil Clermont, claim to the following: *mine says court of appeals & res consulate*

*TRUMP TWEETS* 1. pull Saddam Hussein from tunnel—NO
*some crazy* 2. survive Custer's last stand — NO
*tweet at 3.00 AM* 3. save Jessica Lynch's life — NO
4. saw combat in Korea at age of ten — NO
*THEN AT 300 PM* 5. was with invasion force during 1962 Cuban Missile Crisis — NO
*CONTRIDICTS THE* 6. was ambushed in DMZ in Korea, January 15, 1964 at 3 — YES pm
*300 AM ONE* 7. was in combat with Secretary of State Colin Powell in — NO Vietnam.
*Thats a big-poker* 8. was I born and raised in Wisconsin — NO
*issue and Scychot* 9. or was I born and raised in Alberta — YES
10. was I issued a passport by the USA —YES
*problem. He is* 11. or was I issued a passport by Canada — NO
*a sick puppy* 12. was there a massive conspiracy launched against me —YES
*just like* 13. was my home scammed from me over the telephone.—YES
14. are you a psychiatrist —YES *everyone claims to be one*
*Maxine Waters* 15. was I on a hit list by the RCMP — YES
*said* 16. did I survive an assassination attempt by the RCMP on September 9, 2004 —YES *I've beaten beaten so many*
*And he is Pres.* 17. do any arrest warrants or search warrants exist issued by *times is that* a court?— NO *court*
*What a scary* 18. were there any valid documents served upon me — NO
*thought. He* 19. were both US and Canadian SIN stolen and used —YES
*single me out* 20. was all my identity stolen, photocopied and used — YES
21. does theft include Pentagon documents and passports —YES
*of 33 million people* 22. did lawyer Scott Taylor, and officer Tim Krieter steal $286.25 from my credit resulting from anonymous phone call from cop to lawyer — YES *a "THEY TRIED" so late*
*& him and his* 23. did and can prozac cure my broken left leg —NO
*wife wrote me those* 24. in my case did you breech (sic) the Privacy Acts of the US and Canada — YES *circa June 25 1876*

*I broke my leg July 3 1953 at 6.45 pm a Friday.*
*Korean war ended June 25 1953 Thursday. War started Sunday*

WHATCOM COUNTY SHERIFF'S OFFICE - NARRATIVE SUPPLEMENT    PAGE 2 OF 3

| OFFENSE DESCRIPTION: | | DATE: | EVENT NUMBER: |
|---|---|---|---|
| PERSON WITH MENTAL PROBLEMS | [X] CONT. NARRATIVE<br>[ ] FOLLOW-UP | 4-6-10 | 10A-23651 |
| | | | |

| | |
|---|---|
| 1. Reconstruct incident and describe investigation. | 5. Identify undeveloped leads. |
| 2. Victim's injuries - details and where medical exam occurred. | 6. List statements taken. |
| 3. Property damaged - describe and indicate amount of loss. | 7. List persons from whom statements need to be taken later. |
| 4. If significant, describe vehicle. | 8. Physical evidence - detail what and where found, by whom, and disposition. |

ADDITIONAL COPIES TO:

NARRATIVE:

1    On 11-8-10 at around 0722 hrs WCSO received a report of a person with mental problems at 5119 Hazel Ln. As the investigating deputy I contacted Officer Davoll of the Maynard Massachusetts PD by phone. Officer Davoll advised V-1 Emil Clermont had been calling the Maynard Police Department repeatedly over the last week. *I did not Ramble I told them what the help is going on and they did not me Believe*

Emil would call and ramble on and on about conspiracies, the FBI, CIA and how he would see them in court soon in Washington DC. Emil also called St Bridgets Catholic Church located in Massachusetts. He spoke with the receptionist at the church and began talking about a retired priest who had been at the church back in the eighties. Again Emil's ranting's were related to conspiracies and how he would be taking them to court. He also called and spoke with Marlboro Police Department in Massachusetts. All of his phone calls were characterized as delusional and did not seem to make any sense.

I contacted Whatcom Counseling and Psychiatric Center (WCPC) regarding Emil. They advised their file on Emil had been closed when he completed his requirements following an incident earlier in the year when he threatened to blow up the Whatcom County Court House (10A-20680). Since then he has called them repeatedly complaining about how he will not pay for the "pill" they tried to prescribe him. Again his calls were delusional and did not make any real sense.

*creeps*

I contacted Art Steinberg, a mental health professional at the WCPC Triage Center, regarding the recent events involving Emil. He advised Emil's behavior did not warrant the issuance of a pickup order at this time and classified his behavior as more of a nuisance than anything else. *Thankyou Doctor Steinberg Emil Clermont 9-8-2019*

*SS FEDERAL WAY SEATLE WA*
Later in the day I received a call from Special Agent Smith from Homeland Security regarding Emil. Agent Smith is currently tasked to the Threat Management Branch and Emil had been calling the Homeland Security regional dispatch center in Denver CO. Once again his calls did not make any sense and he made statements about "taking them down" and also how he would see them in court.

*veterans plates*
Special Agent Smith made the trip up from Federal Way in an attempt to try and contact Emil about his ongoing phone calls. I met Agent Smith on Hazel Ln and we walked up to 5119 Hazel Ln. Emil's vehicle a white Jeep pickup with Washington Army license plates WA/AR039?? was sitting in the front yard. We attempted to contact Emil at his back door. I observed him sitting on a couch inside the sliding glass door. At our knock Emil yelled "Go away!" I asked through the sliding glass door if we could speak with him about our ongoing phone calls. Emil's reply was "Get off my property!" This continued for several moments until Emil got up off *the couch and closed the Blinds*   *This is true I did not threaten anybody*

| REPORTING OFFICER: | REVIEWING OFFICER: |
|---|---|
| Van Loo 4A166  *This guy is mentally ill* | *Emil Clermont*<br>9-1-18 |

*AN SS agent who is a creepy little Chinamen   OOPS   PERIOD   Yawrall mental Basket cases   Emil Clermont   FEB 8-2019 WASH DC court*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILE CLERMONT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-633 (RBW) |
| | ) |
| JAY PUNCHES, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Emile Clermont, the pro se plaintiff in this civil lawsuit, is asserting allegations against approximately sixty defendants, alleging that the defendants "ha[ve] stolen [the plaintiff's] identity or impersonated [him] over the phone while holding [his] personal documents in their hands," Complaint ("Compl.") at 1.[1] He further asserts that "[t]housands of people are involved across the [the] US and Canada." Id. The plaintiff also states that "[w]hen [he] caught these [various people] in police reports they came after [him] and [his] wife with guns, [s]wat after [s]wat team in US and Canada at least 400 times and they still will not stop." Id. He believes that various agents and cops are trying to kill him, stating "[t]here [is] no way me and my wife will survive . . . [, t]hey will kill us[,] I know that for sure." Id. at 3-5. In addition to these assertions, the Complaint further details various alleged injustices the plaintiff was forced to endure, which he contends entitles him to damages awards of "5 billion each" from most of the

---

[1] The Court notes that the Complaint first has a list of defendants which comprises three pages. However, after listing the defendants, the plaintiff has titled the next page "Complaint" and designates it as page one; therefore, all references to the page numbers of the Complaint will be referencing the page numbers listed by the plaintiff after the pages listing the defendants.

*[handwritten: Bill Elfo also pre dated my law-suit in Fed Court in Seattle from aug 31 Oct 9 & Oct 22 2018 at least 100 time]*

defendants, "4 trillion" from a bank, and 15 billion from the remaining defendants. Id. at 6. The

plaintiff concludes by stating:

*[handwritten: I filed that law-suit Nov 5 2018 a monday]*

> Now a wrap-up of this foolish fabricated story, sorry thats been my hell for over *[handwritten: look at]* fifty years. I told mom and dad I would get even with these so and so's who are *[handwritten: your calendar]* doing this to us. Now I have. So pay up than shut up. I want all your RCMP *[handwritten: of 2018]* fund[,] FBI pension fund and your assets to [be] liquidated and I [will] make sure I will help all my homeless fellow veterans[,] little children[,] the St[.] Judes *[handwritten: and call me]* Foundation and thousands of seniors who a[re] prayed upon by people just like as *[handwritten: a liar Bill caught you]* you did to Emile Clermont.

Id. at 7. *[handwritten: I filed this law-suit on this date]* *[handwritten: Loser ))]*

Starting on April 26, 2010, and continuing to July 8, 2011, through a series of motions *[handwritten: 2010 TUESDAY]*

the various defendants moved to dismiss the claims asserted against them pursuant to Federal

Rules of Civil Procedure 8(a), 12(b)(1), 12(b)(2), and 12(b)(6). On May 14, 2011, the Court

issued six Orders and in each informed the plaintiff that he was required to respond to the

various motions to dismiss that had been or would be filed. The Court warned the plaintiff that

failure to respond to such motions could result in the plaintiff's Complaint being dismissed. As

of the date of this Order, the plaintiff has not responded to any of the motions to dismiss that *[handwritten: out 65 defs]* *[handwritten: This is all lies by this Court NOT ONE RESPONSE]* have been filed. The only filing submitted by the plaintiff has been an incomprehensible

affidavit seeking defaults against the defendants. See Docket Entry # 34 (July 27, 2011).

Because the plaintiff has failed to respond to the various motions to dismiss, the motions

can be considered conceded, thus warranting dismissal. See L.Cv.R. 7(b) (providing that the

Court may "treat as conceded" a motion to which no opposition is filed "[w]ithin 14 days of the

date of service" of that motion). Moreover, even if the Court had to address the merits of the

plaintiff's claims against the defendants, dismissal would still be required for the following

reason. *[handwritten: Bill Elfo claims I filed law-suit on may 11 2011. When you look at his appearance its 5-11-11 Thats perjury by all 65 defents and even Judge Reggie B Walton and the clerks of the court 333 Constitution AVE WASH DC]*

Bill stole two passports give to my stepbrothers and Orange Nectar

Clintons' secretary told her if those photo copying machines and Motion Picture cameras from to Ferndale

Bill Elfo stole 2000 color slide projector and 2 35 mm cameras Police and she did

Stewart Wilson Consulor General canceled the my passport and called two SS agents and they assaulted me on West Pender st in vancouver and threw me on jail in Coquitlam BC. Maximum Sec prison where I was assaulted by a fellow en mate he broke my ribs am kicked me in mouth

Look I'm so pretty my dentures en two

My Blood was all over the glass wall

Signed on Jan 2005 at our home 96 A AVE Surrey BC.

---

Reagans Sec of State

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/ national of the United States named herein pass without delay or hindrance and in case of need to give all lawful aid and protection.

**CANCELED**

Le Secrétaire d'État 2005 des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

NEW APPLICATION

SS agents FBI agents CIA agents and police from Blaine Ferndale

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE — Emil Clermont and many dep sheriffs

Lots of swat teams came after me at 5719 Hazel St or Blaine WS

| | UNITED STATES OF AMERICA | |
| PASSPORT PASSPORT | Type/Catégorie P Surname/Nom CLERMONT Given names/Prénoms EMIL JOSEPH Nationality/Nationalité UNITED STATES OF AMERICA Date of birth/Date de naissance 25 MAY/MAI 41 Sex/Sexe M Place of birth/Lieu de naissance CANADA Date of Issue/Date de délivrance 26 MAR/MAR 83 Authority/Autorité PASSPORT AGENCY CHICAGO | Code of issuing/code du pays State — USA émetteur PASSPORT NO./NO. DU PASSEPORT 020497117 Date of expiration/Date d'expiration 25 MAR/MAR 93 Amendments/ Modifications SEE PAGE 24 |

P<USACLERMONT<FMIL<JOSEPH<<<<<<<<<<<<<<<<<<
0204971175 A4 5257M9303254<<<<<<<<<<<<

Elfo you are a dangerous "ID THIEF"

Right Bill you are a Bastard

**ID THIEVES "PERIOD"**

Emil Clermont 9-9-8

Bill you stole two of my passports

Emil Clermont and my beautiful wife Latchmi Reddy who was also assaulted by Honda on Dec 12 2009 and 1577 DST APT # 8 Cops Blaine Wash

Hillary Clinton mailed the my passport to the Ferndall Police on aug 27 2018 Obama was also involved in that theft by Bill Elfo

50 years in prison each def 65 in all

Stolen Jan 10TH 2010

Good until Jan 15 2015 used for at least 5 years thats 25 years in prison for you and Landis and us def

Thank you Bush and Kayoln + Rumsfeld Jan 2 2019 Emel Clement

your such a sweet guy Blain Police and Bill Elfo photo-copied the my passort about Jan 10 2010 at 1577 Dot in Blaine

" Period " I recieved this DOC aug 27 2018 VIA MAIL FROM Ferddale Police the Clerks name is RENA!

Id thieves thousands of them including Frank Curran   aug 27 2018 Emel Clermont and my four siblings Jeanne or Franks Horsboy

2002 april 27  425 AM

Joseph Clairmont Trochu Alberto

MD

2 children Sunday May 25, 1941

Wooster Masachusettes     Lemonost   Jour Sec. 65

from Fanelli US   06   "INCOME TAX FOR"

marc charged his name to Joseph   Annie 022-306904   A2-306857   1979-1980  "FILED IN"

C M 638 584 276   Marlboro

US 387 42 3106   Clinton Hillary

Dr Stuart
Briggs

US 387 42 2106

Went to Dr Samssley   Susan Sooter

Michael   Jan 31 2004   3697.00 Dr Stuart   stole my identity

Lesmainican   Feb 9   2004   John Noble   SS 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

Jan 8 1969   230 Concord   AND.

Mark Joseph Clairmont   Masac   my ex-wife 022-306-9041

I never lived in Wooster mass

Dad levery in maynard   DR STuart steals

Patricia ann Clairmont Mah   $3657 from my debit card

amberst July 31 1970   Susan says my name is JOSEPH "LIAR"!

Clinton   marlonborough   Leas weency   CLINTON, HIllARY

cesarean   ID THIEF

Lemester Massachusettes   20 years in prison

Wayne Shoblon   "Period"

Bellingham Washington 1360738 12 9   SHE IS a crook"

Susan K Sooter   Ext 216

This women got phone call from Wayne Shoblom at surrey memorial hospital in Surrey BC. on Sept 24-2004 and he gave her all this info over the phone ID THIEF

mark Ericks                    Judge Mary Alice Thieler
700 Stewart St                 and mark gave away all of my
Seattle WA 98101               identity while I was in
206-370-8600                   custody without my written
                               permission Emel Clemont
Director of US marshall Services    Sept 15-2010
John Clark                          in Seattle
~~US~~ 2604 Jefferson Davis Hwy     Fed Jail
       Alexandria VA 22301

Tel #s  202-307-9100 — office in VA
        703-535-1837 PACKAGE SCREENING
        202-307-9001 INVESTIGATE SERVICES

RECEIVED
NOV  4 2010
FERNDALE POLICE DEPARTMENT

**Department of Homeland Security**

**Federal Protective Service**
**NOTICE OF TRESPASS**

Date: _02_ - _26_ - _2010_

Case No. _D1∞ - 0087_

From: _710 ALABAMA St._

_BELLINGHAM, WA 98225 (IN PERSON/OVER PHONE)_

The below named person has been informed that he/she is forbidden to enter the Above-listed property. To enter such property may result in prosecution under RCW 9A.52 and/or related Federal laws. A violation by entry upon the listed property may result in a fine, imprisonment, or both. THIS NOTICE IS VALID FOR ONE (1) YEAR FROM THE ABOVE DATE. If the above named person has to conduct official Government business at this location they must call the FPS Dispatch Center at 1-888-280-3405 and make arrangements for an escort onto the property.

Subject Signature: _UNABLE TO SIGN_

Name:
_CLERMONT, JOSEPH EMILE_
Last, First Middle

Address:
_1577 D. STREET_
CITY/STATE/ZIP
_BLAINE WA_
Phone: _(360) 656-5228_
BIRTH DATE: _05_ - _25_ - _1941_
RACE: _WHITE_     ☑MALE  ☐ FEMALE
HT: _507_ WT: _190_ EYES: _BRN_ HR: _BRN_
ARRESTED: ☐ YES ☑ NO
REASON FOR TRESPASS:
_HARASSMENT_

RECEIVED

On oath, the below officer states that on the above date, a copy of this notice was given to the above-listed subject.

Officer: _W. WORY_
ID #: _1097_

*Handwritten annotations:*

Blaine Police - claim we are CIA Agent "PERGURY"

Omile + Latch me
Clermont   Reddy

3031  200 ST # 22

Langley V.A.

PH # 703-482-3374

my army dog that match US or other dog

US ARMY SS # 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
ISSUED TO JAMES ROTHENBERG

This is NOT MY TEL NO # 0QR IS 703-482-3374
LANGLEY VA
SP AGENT BRIAN HU

Brandon Chin

Wayne S Robison called Susan
Suite on Friday the 24 of Sept 2004

this guy whiff loose his job

That SS # 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 issued to
James Rothenberg, DET Bill Zimmerman got a call from Sgt Tandy when she should of called Secret Service I called SS as I did. When I called Suite on it she filed charges against behind my back 5 years ago

Incident History for: #AP10041731
Case Numbers: $AP10026649

```
Entered    12/22/10  09:13:30  BY WCCRT1 927                        (HP)
Closed     12/22/10  09:35:01
```

```
Initial Type: ASTAGE1      Final Type: ASTAGE1 (ASSIST AGENCY)
Initial Priority: 3        Final Priority: 3
Disposition: CAN    Source: 9    Primary Unit:
Initial Police BLK: AP0500    Final Police BLK: AP0500
Initial Fire BLK: 630001    Final Fire BLK: 630001
```

```
Group: AP1      Beat: S1      Map Page: E18C
Loc: 5119 HAZEL LN ,BLA  btwn MAPLE CR & SUNSET ST (V)
Loc Info: CONT BY PHONE AFTER[OR BEFORE IF NEEDED
Name: STEVE              Addr: US CAPITAL POLICE      Phone: 2022241495
```

```
/091330  (927   )  ENTRY      ATC 481 JOSEPH E CLERMONT 05.25.1941. ONGOING
                              PROBLEM W/HIM CALLING POLICE DEPT IN WASHINGTO
                              N DC. NO THREATS MADE. RP BELIEVES HE IS OFF H
                              IS MEDS AGAIN. HE IS SCHITZOPHRENIC
/091330          $ASNCAS     $AP10026649
/091426          SUPP        TXT: HE WAS CIVILLY COMMITTED IN FEB IN PART D
                              UE TO HIM CALLING THE DC POLICE FREQUENTLY. PA
                              RT OF HIS PROBATION IS THAT HE MUST TAKE MEDS.

/091904  (966   )  HOLD
/093501  (970   )  CANCEL     ,1S20 HANDLED
/093501          CLOSE
```

*What a bunch of Windos If anyone diagnoses someonelse with a mental problem. Who do you think you are Your all mentally.!PERIOD "(ILL)"*

*Wayne Clermont #9-920 Shefford Rd GLAUSTER GLAUCESTER Rd Ont K15-6x4*

*About 20 thousand people and counting. 100% of you jerks do know anything about me or Latchmi just a stuped Fabricated Story that makes no sence at all. We have so much dirt on these jerks, they still want to KILL US. They sure have tried and are still trying to fegure out how to stop US maybe they will or maybe not We'll see Emil Cler FEB 8-2019 WASH DC*

Incident History for:
Case Numbers: $AP10026649

Entered      12/22/10  09:13:30  BY WCCRT1 927
Closed       12/22/10  09:35:01

Initial Type: ASTAGE1    Final Type: ASTAGE1 (ASSIST AGENCY)
Initial Priority: 3      Final Priority: 3
Disposition: CAN    Source: 9    Primary Unit:
Initial Police BLK: AP0500    Final Police BLK: AP0500
Initial Fire BLK: 630001    Final Fire BLK: 630001

Group: AP1    Beat: S1    Map Page: E18C
Loc: 5119 HAZEL LN ,BLA  btwn MAPLE CR & SUNSET ST (V)
Loc Info: CONT BY PHONE AFTER[OR BEFORE IF NEEDED
Name: STEVE                Addr: US CAPITAL POLICE      Phone: 2022241495

*"NOT MY NAME!"*

/091330  (927   )  ENTRY        ATC 481 JOSEPH E CLERMONT 05.25.1941. ONGOING
                                PROBLEM W/HIM CALLING POLICE DEPT IN WASHINGTO
                                N DC. NO THREATS MADE. RP BELIEVES HE IS OFF H
                                IS MEDS AGAIN. HE IS SCHITZOPHRENIC
/091330           $ASNCAS       $AP10026649
/091426           SUPP          TXT: HE WAS CIVILLY COMMITTED IN FEB IN PART D
                                UE TO HIM CALLING THE DC POLICE FREQUENTLY. PA
                                RT OF HIS PROBATION IS THAT HE MUST TAKE MEDS.

                                *NOT TRUE*

/091904  (966   )  HOLD
/093501  (970   )  CANCEL       ,1S20 HANDLED
/093501            CLOSE

*So cop in WASH DC diagnosis me as a (SCHITZO)*
*"wow what a doctor" "what is his name?"*
*Aug 28 2018*

I ask you to stamp this letter?

---

To Whom it may Concern:

I promised mom and dad that someday I would track down the "CIA"! That promise goes back to April 12 1953 in Sweet Grass Montana. But I made that promise Oct 8 1964, when I caught the CIA wiretapping moms phone # 617-957-2498 at this home 86 Passaconaway Drive Dracut Mass. That address is on my military discharge a "DD-214". Dept of Defense, the Pentagon. Finally my nightmare is "OVER"! And yours "BEGINS". It begins for you in a police report written by Sgt Paul Fletcher of the White Rock B.C. "Police at 11:30 AM May 5 2002. I thank all of you crooks for reports that I subpoenad from 15000 pages! 6 defendants and 1000s of you "BUDDIES." Bye!

I filed law suit April 6 2010       See You in Court

To this day NOV 29 2010 no response       Emile Clermont
There was never one response at all
to this day Jan 5 2019

Emil Clermont
1462 Peace Portal Dr
Blaine Wash
Box 98231

Received
Mail Room

NOV 29 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

RE-1

GONE

ID: Insert N/A in the items below which are not applicable

**PERSONAL DATA**

1. LAST NAME - FIRST NAME - MIDDLE NAME: CLERMONT JOSEPH
2. SERVICE NUMBER: RA 16 719 652
3a. GRADE, RATE OR RANK: 0
b. DATE OF RANK (Day, Month, Year): 0
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY RA TC
5. PLACE OF BIRTH (City and State or Country): TROCHU ALBERTA CANADA
6. DATE OF BIRTH: DAY 25 MONTH May YEAR 41
7a. RACE: NA OOPS
b. SEX: MALE
c. COLOR HAIR: BROWN
d. COLOR EYES: BROWN
e. HEIGHT: 68
f. WEIGHT: 188
8. U.S. CITIZEN: ☐ YES ☒ NO — THANKS USA (LIARS)
9. MARITAL STATUS: SINGLE
10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: 10 YEARS ← H/D
b. MAJOR COURSE OR FIELD: ACADEMIC

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: TRFD TO USAR (SEE ITEM #18)
b. STATION OR INSTALLATION AT WHICH EFFECTED: US ARMY PERSONNEL CENTER, OAKLAND CALIFORNIA
c. REASON AND AUTHORITY: Par 7 AR 635-205 SPN 411 O/S Rot (RAD)
d. EFFECTIVE DATE: DAY MONTH YEAR
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HQ&A CO 7TH MED CO APO 7 EUSA
13a. CHARACTER OF SERVICE: 0
b. TYPE OF CERTIFICATE ISSUED: NONE

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: 47 50 41 195
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: LB # 50 SPARTA WISCONSIN
16. DATE INDUCTED: DAY NA MONTH YEAR

**SERVICE DATA**

17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: USAR CONTROL GROUP (REINF) XIII US ARMY CORPS
18. TERMINAL DATE OF RESERVE OBLIGATION: DAY 6 MONTH 0 YEAR 0
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER:
b. TERM OF SERVICE (Years):
c. DATE OF ENTRY: DAY MONTH Sep YEAR 61
20. PRIOR REGULAR ENLISTMENTS: NONE
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: PVT E-1 (P)
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): MILWAUKEE WISCONSIN
23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): RT #3 TOMAH (MONROE) WISCONSIN

24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 2 | 11 | 9 |
| | (2) OTHER SERVICE | 0 | 0 | 0 |
| | (3) TOTAL (Line (1) + line (2)) | 2 | 11 | 10 |
| b. TOTAL ACTIVE SERVICE | | 4 | 11 | 19 |
| c. FOREIGN AND/OR SEA SERVICE (USARPAC) | | 1 | 7 | 29 |

wrong

25a. SPECIALTY NUMBER AND TITLE: 631.1627 WHL VEH MECH
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: NA
26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: MARKSMAN (RIFLE) EXPERT (RIFLE)
27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): NONE

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| a. SCHOOL OR COURSE | b. DATES (From-To) | c. MAJOR COURSES |
|---|---|---|
| USATC ENG | 8 WKS 61 | WH VEH MECH |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED: NA

**VA DATA**

30a. GOVERNMENT LIFE INSURANCE IN FORCE: ☐ YES ☒ NO
b. AMOUNT OF ALLOTMENT: NA
c. MONTH ALLOTMENT DISCONTINUED: NA
31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): NONE
b. VA CLAIM NUMBER:

**AUTHENTICATION**

32. REMARKS
BLOOD GROUP: A — wrong
SSAN: 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 ← WRONG #3106 55
ITEM 3A: PFC E-3 (P) APTD 1 Jul 62 DOR: 23 May 62
Lump sum payment made for 15 days accrued leave

"Oh Know" says! John McCain Oct 7, 2008
Thanks John: Joseph Clermont

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): 186 PASSACONAWAY DRIVE DRACUT (MIDDLESEX) MASSACHUSETTS
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: 0
35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: 0

DD FORM 214, 1 NOV 55 — REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE.
ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

I am the longest serving member ... till I die OOPS

*OTTAWA*

FORCE ARCH EMERGENCY 04 535 4536 TO 96045855902

FAXED TO → DISTRICT I Commander BARRY HICKMAN

*dangerous cop*

RE-1

**ARMED FORCES OF THE UNITED STATES**
**REPORT OF TRANSFER OR DISCHARGE**

| | | |
|---|---|---|
| **1. LAST NAME - FIRST NAME - MIDDLE NAME** | **2. SERVICE NUMBER** | **3a. GRADE, RATE OR RANK** **3b. DATE OF RANK** |
| CLERMONT EMIL JOSEPH | RA 16 719 652 | SP4 E4 (T) 13 Dec 63 |
| **4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS** | **5. PLACE OF BIRTH** | **6. DATE OF BIRTH** |
| ARMY RA TC | TROCHU ALBERTA CANADA | DAY 25 MONTH May YEAR 41 |
| **7. RACE** NA **SEX** MALE | **8. COLOR HAIR** BROWN **COLOR EYES** BROWN **HEIGHT** 68 **WEIGHT** 188 **U.S. CITIZEN** YES NO | **9. MARITAL STATUS** SINGLE |
| **10a. HIGHEST CIVILIAN EDUCATION LEVEL** 10 YEARS | **MAJOR COURSE OR FIELD** ACADEMIC | |

| | |
|---|---|
| **11a. TYPE OF TRANSFER OR DISCHARGE** RFO TO USAR (SEE ITEM #18) | **11b. STATION OR INSTALLATION AT WHICH EFFECTED** US ARMY PERSONNEL CENTER, OAKLAND CALIFORNIA |
| **11c. REASON AND AUTHORITY** Par 7 AR 635-205 SPN 411 O/S Ret (RAD) | **11d. EFFECTIVE DATE** DAY 8 MONTH Sep YEAR 64 |
| **12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND** HQ&A CO 7TH MED CO APO 7 EUSA | **13. CHARACTER OF SERVICE** HONORABLE |
| **14. SELECTIVE SERVICE NUMBER** 47 50 41 195 | **15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE** LB. # 50 SPARTA WISCONSIN |
| | **13b. TYPE OF CERTIFICATE ISSUED** NONE |
| | **16. TYPE OF CERTIFICATE** NONE |
| **17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED** USAR CONTROL GROUP (REINF) XIII US ARMY CORPS | **18. DATE INDUCTED** DAY NA MONTH YEAR |

| | | | |
|---|---|---|---|
| **19. TERMINAL DATE OF RESERVE OBLIGATION** DAY 19 MONTH Sep YEAR 67 | **20. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION** a. SOURCE OF ENTRY ☒ENLISTED(First Enlistment) ☐ENLISTED(Prior Service) ☐REENLISTED ☐OTHER | **b. TERMS OF SERVICE** 3 | **c. DATE OF ENTRY** DAY 20 MONTH Sep YEAR 61 |
| **20a. PRIOR REGULAR ENLISTMENTS** NONE | **21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO ACTIVE SERVICE** PVT E-1 (ERC) | **22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE** MILWAUKEE WISCONSIN | |
| **23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE** RT #3 TOMAH (MONROE) WISCONSIN | **24. STATEMENT OF SERVICE** | **YEARS** | **MONTHS** | **DAYS** |

| **24. STATEMENT OF SERVICE** | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (1) NET SERVICE THIS PERIOD | 2 | 11 | 19 |
| (2) OTHER SERVICE | 0 | 0 | 0 |
| (3) TOTAL (Line (1) plus line (2)) | 2 | 11 | 19 |
| b. TOTAL ACTIVE SERVICE | 2 | 11 | 19 |
| c. FOREIGN AND/OR SEA SERVICE | 1 | 7 | 29 |

| | |
|---|---|
| **25a. SPECIALTY NUMBER AND TITLE** 631.1627 WHL VEH MECH | **b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER** NA |
| **26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** MARKSMAN (RIFLE)    EXPERT (RIFLE) | |
| **27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES** NONE | |

| **28. SERVICE SCHOOLS OR COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED** | | | |
|---|---|---|---|
| SCHOOL OR COURSE | DATES (From-To) | MAJOR COURSES | **29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED** |
| USATC ENG | 8 WKS 61 | WH VEH MECH | NA |

| | | |
|---|---|---|
| **30a. GOVERNMENT LIFE INSURANCE IN FORCE** ☐ YES ☐ NO | **b. AMOUNT OF ALLOTMENT** NA | **c. MONTH ALLOTMENT DISCONTINUED** NA |
| **31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type)** NONE | **b. VA CLAIM NUMBER** C- NA | |

| | |
|---|---|
| **32. REMARKS** BLOOD GROUP: "A+" SSAN: ~~█████~~ *← BARRY did this* ITEM 3A: PEC E-3 (P) APTO 1 Jul 62 DOR: 23 May 62 Lump sum payment made for 19 days accrued leave | |

| | |
|---|---|
| **33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE** 88 PASSACONAWAY DRIVE DRACUT (MIDDLESEX) HASSACHUSETTS | **34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED** |
| **35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER** R. W. DEATSCH, CWO. W-4, USA, ASST. ADJ | **b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN** |

DD FORM 214

*RCMP HQ auto OTTAWA*

207

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 12, 2018

Emil Clermont
1462 PEACE PORTAL DRIVE
BLAINE, WA 98230

*Elfo filed this document on NOV 5-2018 Monday by computer from his office 1 hr after I served him at 12:00 PM so he filed this at 1.04 PM. NOV 5-2018. I saw it on internet at Blaine Library on NOV 6-18 Tuesday*

Your civil action *Clermont v. Elfo et al* was filed in the U.S. District Clerk's office at Seattle on October 9, 2018.

*TUESDAY OOPS LOSER caught in act*

Your case has been assigned Case Number 2:18–cv–01489–MAT, and has been assigned to Judge Mary Alice Theiler, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

NOTICE TO FILER: The submitted medical records contain personal identifiers that are required to be redacted per Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2, and has been administratively sealed. Please file a underlined redacted version of the document as soon as practicable. This will not affect your original filing date. The Complaint is missing page 1 and possible additional pages. Enclosed is a copy of the Complaint as submitted and a blank/sample Complaint. Please make any appropriate corrections and return the corrected complaint to the Clerk's Office.

Thank you, *LOOK ↑*

WILLIAM M. MCCOOL, *Clerk*

s/Deputy Clerk

cc: file

*What a bunch of Crooks Judges Lawyers Clerk and to defendant redacted everything ordered by Thieler and Martinez*

*This case was closed by William m MCCOOL CLERK Oct 9 2018. I Emil Clermont filed this $310 million suit on NOV 5 2018. Monday*

*How in the hell could you dismiss the suit if you never saw it until NOV 5-2018*

*"Impossible" OH My God you guys are as smart as God only God could do this "Period"*

*[handwritten top:] ~~Sep 27, 2018~~ She mailed to Emil Clem*

declares and certifies under penalty of perjury under the laws of the State of Washington, that on the below date, a true copy of the foregoing was mailed or caused to be delivered to:

Emily Clermont, 5119 Hazel Lane, Blaine, WA 98230
DATED this ___ day of May, 2011, at Bellingham, WA.

*[signature]*

*[handwritten right, in box:] Received MAY 20 2011*

*Ferndale Police Department* "2 yrs to late"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILY CLERMONT,

                Plaintiff,

   vs.

JAY PUNCHES, et al.,

                Defendants.

No. 1:11-CV-00633

NOTICE OF APPEARANCE
*THIS IS OBSTRUCTION of JUSTICE!* "(PERIOD)"

*O H! MY*

TO:    The Plaintiff, pro se above-named at (her) address: 5119 Hazel
Lane, Blaine, WA 98230

        YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein, except original process, be served upon me, as Sheriff of Whatcom County, Whatcom County Courthouse, 311 Grand Avenue, Bellingham, State of Washington, reserving the statutory time within which to plead further.

        DATED this ___ day of May, 2011.

*FRAUD "PERIOD"*

*THIS IS A FRAUDULENT DOCUMENT!*

*[signature]*

BILL ELFO, Sheriff
Pro se

*These creeps gave me a sex change behind my back with box cutters. Darn it! It sure hurt. Blood all over the place. In ELFO'S doctors office at this address →*
*He claims to be a psychiatrist too!*
*Simply Amazing!*

Sheriff's Office
Whatcom County Courthouse
311 Grand Avenue
Bellingham, WA 98225
Phone: (360) 676-6650

*Emile has now been forced to by a short pink skirt and tight blouse and ←*
*Hooking for a living OOPS!*

-Notice of Appearance-

EXHIBIT A 036

FILE IDENTIFICATION - IDENTIFICATION DU DOSSIER

Occurrence Nos. - Numéros d'occurrence

Code d'interclassement où on a reçu la plainte   E4687

schment - Détachement: 002  2147

Sub/Div.-S.-div. Y-A

Division Y-A

H.Q. - DG Y-A

COMPLAINANT - PLAIGNANT
Mr. M. ☑  Mrs. Mme ☐  Ms Mme ☐

Surname - Nom de famille  CLERMONT

Given name - Prénom  Joseph Emil "Emo"   Init.

ress - Adresse  basement  2265 - 165 Street

Radio call says sic opps

Ville  Surrey     4:23 AM          4:26 AM

Postal code-Code postal  V3C 0L8

Telephone no.- N° de téléphone  (604) 536-9525

INCIDENT

Occurred between - Survenu entre

le 2002-04-27  Time Heure 04:40  Date 2002-04-27  Time Heure 04:43

Detachment Collator Code-where incident occurred
Code d'intercl. du détachement où l'incident est survenu   E1103

ation - Endroit  White Rock Honda parking lot, 2466 King George Hwy Surrey   Zone A6

nplaint received
nte reçue  written par écrit ☐   in person en personne ☐   by telephone par téléphone ☑

Date received Reçue le  2002-04-27   Time Heure 1020

DETAILS - DÉTAILS

Mr. CLERMONT was the subject of a check by Cst. Hamilton and during that time had a gun pointed at him. Mr. CLERMONT is concerned that comments made by Cst. Hamilton were inappropriate. and Cst Ham   psycho cop →

Cpl. GEOFF SHAW

I certify that the above details of this complaint are true and correct to the best of my knowledge.

Je certifie qu'à ma connaissance, les détails de cette plainte sont exacts et véridiques.

nplaint received by - Plainte reçue par  Geoff Shaw

2002-05-07   x Emil Clermont   2002-05-07

loyee's name - Nom de l'employé   Date   Complainant's signature - Signature du plaignant   Date

SUBJECT MEMBER OR OTHER PERSON - MEMBRE OU AUTRE PERSONNE EN CAUSE

Regimental No.-Matricule  Cst 8078   Surname - Nom de famille  HAMILTON   Init. K.

I had to sign this doc BLANK FORM

Subject Member or other person advised
Membre ou autre personne en cause informé  Yes Oui ☐   No Non ☐   X   Unit Commander's signature - Signature du chef de service   2002-05-27   Date

INCIDENT DISPOSITION - RÈGLEMENT DE L'INCIDENT  all Bullshit

COMPLAINANT PLAIGNANT  Surname - Nom de famille  CLERMONT   Init. ✓

chment Occurrence No.
Incident du détachement  002  2147

Detachment Collator Code-where incident occurred
Code d'interclassement du détachement où l'incident est survenu

How disposed of Code du règlement

Formal Officiel ☐   Informal Amiable ☑

MANNER OF INFORMAL DISPOSITION- MÉTHODE DE RÈGLEMENT AMIABLE  The reason for the initial check and the presentation of the gun were justified under the circumstances. In relation to the comments and previous incidents it is understood Cst. Hamilton will voluntarily seek a referral to a Reg. Psychologist. It is understood medical issues are not releaseable, but the

nsent to informal Disposition - Consentement au règlement amiable  Com will be advised the referral occurred

| RCMP GRC | **CONTINUATION REPORT** | **RAPPORT DE CONTINUATION** | OCCURRENCE No. — N° D'INCIDENT Y.A. 02-2147  Δ6 |
|---|---|---|---|
| | | | BIN — BD |

RE — OBJET:

Cm against member

| DATE. | TIME HEURE. | ACTION TAKEN — MESURES PRISES |
|---|---|---|

Paul you went to see Billing Evans + Copeland at 11.30 A.M. on previous Page

22-05-06   19⁰⁰   Cpl Fletch met Mr Clermont at the
hrs May 9 or 11   White ROCK detachment liac Paul

Mr. CLERMONT spoke mainly of his previous
U.S. army /CIA experience in Vietnam
and KOREA Paul I never had anything to do with CIA

I called Fletch   He was very animated about Cst HAMILTON
on his cell at   pointing his gun at Mr. CLERMONT and
404-290-7930   felt Cst HAMILTON was not in control.
He apologized for   Cst HAMILTON told CLERMONT that two
claiming I was   guys tried to kill him last week
a CIA agent   and he was not taking anymore chances.
them hung up   until you wrote this blurb
begging me not   During the engagement CLERMONT stated
to tell anybody   he swore at Cst HAMILTON and he,
Billings did same   Cst HAMILTON, was visibly upset
thing earlier on   I never heard of you on 02-05-06 1900 hrs
Sept 19/88 oath   Mr. CLERMONT ended the meeting by
I swore my oath   stating that I would not be investigating
out SEP 19 1961 Milwaukee wis   this and city hall is aware of the
May 9 or 11   investigation.

Cpl Tim Kreter and all you crooks got into bed with Saddam Castro Bush + McCain   CLERMONT's main concerns centered around   Pentagon + CIA   Who are the psychos you pleaded guilty to being psychos and pre meditated attempted assassination 104 16 Cr A

| Concluded Enquête terminée | Date Complainant Notified Date d'avis au plaignant | | SUI E.C.E. | D.D. — D.A. | | Consulted Consulté | Attended sur les lieux | Advised avisé |
|---|---|---|---|---|---|---|---|---|
| Investigator — Enquêteur Paul Fletch | | | | Date 02-05-06 | SUPERVISOR SUPERVISEUR Signature Paul Billings EVANS | | Date Oct 18/ | |
| COPIES TO: — COPIES A: | | | | Other — Autre | | | PAGE | |

| RCMP GRC | CONTINUATION REPORT | RAPPORT DE CONTINUATION | OCCURRENCE No. — N° D'INCIDENT Y.A. 92-2147 △4 |
|---|---|---|---|
| | | | BIN — BD |

RE — OBJET:

Corr - against Member

| DATE | TIME HEURE | ACTION TAKEN — MESURES PRISES |
|---|---|---|

02·05·02 — spoke to Mr Clermont — meeting set
Pat was a period — up for 02·05·06 at 19⁰⁰ at cttl detachment

02·05·02 — No action to be taken on 1442 until Cpl FLETCHER has met with Mr. CLERMONT. Once 1442 signed by subject process will begin.

Cpl Geoff Shaw
signed Blank 1442

May 14/02
7.00 pm
before I would sign it on May 14/02 He then started interview I broke him
I said Coleman — in 3 minutes I was hours of my interrogating
is an individual — him he lied every time he opened his mouth
He never signed — On May 17 two more hrs of interrogation fine
summons. — he gave in and wrote it down that
He was given a — Hamilton had as serious psychological
RCMP civil — problem. He said Kevin was asking for
litigation lawyer — help. Bald face lie. Wrong city? Right
Hole first then — Police act clearly states RCMP who sign
Paradis. — contract to patrol that city they cannot patrol
He destroys his — in another city. They become Prov Police
latter for his — Court of Appeals Judge K.J. Smith judgement
own monetary — Feb 28/08 says Coleman + RCMP are responsible
+ political gain — liability + jeopardy for who
Ipal + Campbell
not all Am Lit-
bedded down with

| Concluded Enquête terminée | Date Complainant Notified Date d'avis au plaignant | SUI E.C.E. | D.D. — D.A. | Consulted Consulté | Attended sur les lieux | Advised avisé |
|---|---|---|---|---|---|---|
| | | | | | SUPERVISOR | |

Sackeleur + Cantin + Trudeau

SUPERVISEUR Signature: They did to will

COPIES TO: — COPIES A:
☐ H.O.  ☐ D.G.  ☐ C.I.S.  ☐ G.I.S.

PAGE 1

**MINISTRY OF HEALTH**
**Mental Health Alert / Care Plan**

*A5*

| NAME: CLERMENT, JOSEPH EMIL | DATE: MAY 14 2004 ~~August 15 2004~~ |
|---|---|
| ADDRESS: Cedar Lane Motel, 926 – 160 St, White Rock, BC | PHN: 9864 104 577 |

| & DOB: May 25, 1941 (63) | PHONE – MOTEL: 604-531-5973 | WORK: N/A | CELLULAR: |
|---|---|---|---|

DESCRIPTION: *NONE*

| MENTAL HEALTH CONTACT: none | | PHONE: n/a |
|---|---|---|

| CAUTION | SUICIDE: *wow IM DEAD!* | AGGRESSION: *NOT TRUE* Can become verbally aggressive, threaten legal action, etc. |
|---|---|---|

| MENTAL HEALTH CENTRE: n/a | | | DATE OF LAST CONTACT: n/a |
|---|---|---|---|
| x WR/SS ___ S. Central ___ S. North ___ Langley Delta N___ S___ | | | |

| PSYCHIATRIST: March 10/04 psych consult by Dr. Maskell | PHONE: 604-535-4500 ext. 7171 |
|---|---|

| CASE MANAGER / OTHER COMMUNITY CONTACT: – this man is not a MH client *Maskell says to me in person "I'm OKAY!")* | PHONE: |
|---|---|

| GP: ? Dr. Martin Lebl | PHONE: 604-542-4885 |
|---|---|

| LATIVE/OTHER CONTACT: | PHONE: |
|---|---|

| DIAGNOSIS: AXIS I Delayed PTSD, ? Delusional Disorder ? | AXIS II ? Personality Pbms ? | AXIS III U/K |
|---|---|---|

| MEDICATIONS: Compliance–Y ___ N ___ Has a very anti-medication bias | PRESCRIBED BY: *Forster tried to murder me on June 4 2004* | DATE: |
|---|---|---|

SIDE EFFECT ALERT: Y___ N___ *Oct 1 1963 was a Sunday I arrived at Inchon Korea with at least 1000 troops*

CAUTION ALERTS: *BULL-S*
| | | |
|---|---|---|
| ___ PSYCHOSIS | _x_ AGGRESSION | ___ SELF-HARM BEHAVIOR |
| ___ SUICIDAL IDEATION | ___ SUICIDE ATTEMPT | ___ SUBSTANCE MISUSE |
| ___ ELOPEMENT RISK | ___ REPEAT HOSPITALIZATION | ___ FIRE SETTING |
| _(VICTIM OF ABUSE)_ *YES* | ___ FORENSIC/CRIMINAL | ___ HOUSING |

SPECIFY: History of War Trauma (Korea) *In the victim* *Another lie. I was only 9 years old*

SUMMARY OF PRESENT PSYCHIATRIC STATUS: Received call from Staff Sgt Tom Forrester (WR RCMP) that this man comes to their front desk up to 6x/wk with a variety of complaints. They state he is very aggressive, angry and demanding, difficult to redirect and escalates quickly at any perceived slights. He expresses paranoid ideation – "everything is a conspiracy", states "police are criminal if they don't treat me right", threatens to sue and that he will not give up until "everyone has lost their job". Police believe his behavior could escalate into violence at any time though he has not verbally threatened violence. Their clerical staff feel unsafe when he begins ranting. He is refusing any mental health or psychiatry involvement. His GP, Dr. Lebl, believes his social and psychological functioning is continuing to deteriorate as he has "gone into hiding", becoming more aggressive and is living on credit and "the benevolence of others". *← TRUE* *lie*

CARE PLAN/TREATMENT Recommendations/Request (e.g., Tx Approach, Med Management, inpt. bed; Psych acsmt, etc.) Dr. Lebl wants a Psychiatric Assessment if this man comes into ER at any hospital. As well, police have been encouraged to place a charge with Crown Counsel if their staff believe his behavior is harassment.

| Person Completing Form & Agency: ___aine Hall, White Rock/South Surrey MHC | PHONE / PAGER 604-541-6844 |
|---|---|

*Lorraine Hall never heard of me! Oct 1-07*
*Emil Clement*
*Emil Clemot aug 27 2018*

| cc: X MHC | X Peace Arch Hospital—ER (fax:535-4536) | r: mh / white rock / forms / mh alert form.doc |
|---|---|---|
| X SMH ER | X LMH ER RCMP officer | |

*BARRY HICKMAN*
*OTTAWA RCMP HEADQUARTERS IN OTTAWA CANADA*

TOTAL P.02

*[right margin, vertical:] Forster retired Nov 1 2004 HE TOLD ME PHONE THAT mails to me Oct 15 2004*

3



12.  The letter dealt with some information requests and also requested that he discontinue attending the White Rock Detachment or telephoning staff members due to some staff fearing for their personal safety.

*June 1ST 2004 I was operated on Sunday for several tendon*

13.  In ~~August of 2004~~, I contacted White Rock Mental Health to try and get some appropriate help for Clermont.

14.  On September 7, 2004 White Rock RCMP was contacted by the Hospital because Clermont had called them and said he was coming in to deal with problems from a surgery in February 2004. Two constables attended and observed Clermont. They spoke with some of the staff who were scared and stood by in the event of an incident. Attached and marked as Exhibit "C" is a copy of the Continuation Report prepared following this incident.

15.  At the present time Clermont is still leaving me weekly voice mail messages and calling various members and staff at the White Rock Detachment. In these messages he alleges that I am trying to kill him. I have considered seeking a peace bond under section 243.1 of the *Criminal Code*.

16.  I understand that Clermont's Statement of Claim refers to written threats from me. I have never threatened Mr. Clermont in writing or otherwise.

17.  I swear this Affidavit in support of the Defendants application to have the Plaintiff's claim dismissed. *I was plaindiff ~~and~~ APRIL 6 2010*

*Hazel Len Blanc WA*

SWORN BEFORE ME at White Rock )
British Columbia, this 16ᵗʰ day of December, )
2005.                                      )
                                           )  THOMAS FORSTER
                                           )
_____#43638_____                       )
A Commissioner for taking Affidavit       )
Within the Province of British Columbia   )

Emil Clermont # 1
October _25_ , 2005

No.: S047047
VANCOUVER REGISTRY

## IN THE SUPREME COURT OF BRITISH COLUMBIA

BETWEEN:

### EMIL CLERMONT

PLAINTIFF

AND:

### FRASER HEARTH AUTHORITY

DEFENDANT

### AFFIDAVIT

I, **EMIL CLERMONT**, Retired, of #22 - 3031 - 200th Street, of the City of Langley, in the Province of British Columbia **MAKE OATH AND SAY THAT:**

1. THAT I am acting on my own behalf with respect to the within action;

2. THAT ninety eight percent of my medical file is a forgery. Most disturbing is my premeditated attempted execution by lethal injection ~~September 9~~ *June 4*, 2004 at 16:10 hours in Cell Block # 14 at the Peace Arch Hospital, Police File Number 5977 and 6013, two incident numbers the patient that *was* taken without incident, I was that patient.

*This is what attempted murder looks like!*

SWORN BEFORE ME at the City of   )
Surrey, in the Province of British Columbia   )
this _25_ day of October, 2005.   )

)
)
)

*Emil J. Clermont*

A Commissioner for taking Affidavits in and   )
for the Province of British Columbia.   )
**EMIL CLERMONT**

JANICE A. McMATH
NOTARY PUBLIC
#200 - 10351 - 150 STREET
SURREY, B.C. V3R 4B1
TEL: (604) 588-1202 FAX: (604) 588-2005
Permanent Commission

*May leg was black from operation just 3 days before they tried to kill me with same drug used to operate on me June 1 2004*

**JOHN McCAIN**
ARIZONA

COMMITTEE ON ARMED SERVICES
COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION
COMMITTEE ON INDIAN AFFAIRS

## United States Senate

241 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-0303
(202) 224-2235

6353 NORTH 16TH STREET
SUITE 105
PHOENIX, AZ 85016
(602) 952-2410

4703 SOUTH LAKESHORE DRIVE
SUITE 1
TEMPE, AZ 85282
(480) 897-6289

407 WEST CONGRESS STREET
SUITE 103
TUCSON, AZ 85701
(520) 670-6334

TELEPHONE FOR HEARING IMPAIRED
(602) 952-0170

October 8, 2008

Emil Clermont
Box 2453
211 H St.
Blaine, WA 98230

Dear Emil:

*After faxing 13 docs from Shamrock motel. John faxed me a note call me as soon as possible so I did as soon as he say my # on call display he said on my discharge Oh my God how could this happen to you but I said it did and I served my first association by lethal injection 6-4-4 at PEACE ARCH HOSPITAL ROOM 214 WHITE ROCK BC*

I want to take this opportunity to thank you for your letter of October 7, 2008 regarding your situation.

Unfortunately, your situation appears to involve litigation or may require litigation under the judicial system. Members of Congress are precluded from inquiring into matters pending before the courts by provisions of the Constitution that mandate a separation of powers between the Judicial, Executive, and Legislative branches. I feel that my involvement in your present situation may be viewed as an interference in the judicial process.

Mr. Clermont, I am sorry that I cannot be of assistance at this time and your correspondence is being returned to you.

Sincerely,

John McCain
United States Senator

JM/xae

*"John" Elfo stole this letter on or about Jan 21st 2010 it matches date by Jerry Brown when she stole $225 from my Bank of Pacific 3-3-10*

PRINTED ON RECYCLED PAPER

*(You cannot deny the written word!)*

OTTAWA
RCMP

A53

Continuation Report

Page 1 of 1

NOTICE THE 1 page of 1 Continued from what?

### CONTINUATION REPORT-1

| | |
|---|---|
| EVNT: 040006013 / h | OCCUR: 20040006013 |
| ID: 51243 | NAME: jarjoura, lj |
| CREATED: 2004/09/09 173020 | |
| COMPLAINANT NOTIFIED: | CONCLUDED: |
| DIARY DATE: | |

wrong date 4-4-2004

Sgt Barry Hickman faxed this to RCMP in OTTAWA

A8

SUBJECT:
MHA CLERMONT, Emile(DOB:1941-05-25)

ACTION TAKEN: *This action took place at 16.10 hrs*
2004-09-09 @1142 *"Pre-meditated attempted murder."*

*"murders" Period*

FOD
WAS
ON
MY
SIDE

Cst. JARJOURA, Cpl FLETCHER and S/Sgt FORESTER were dispatched to the Peace Arch Hospital to restrain an MHA patient who has being kept in room #14. The patient has had many dealings with the RCMP his name is CLERMONT, Emile (DOB:1941-05-25). The members spoke to the head nurse as soon as they came in. The latter indicated that they have tried earlier to give him his medication and was very violent with them. She said that he was swinging at the doctors and the nurses. Cpl. FLETCHER tried to speak to Emile politely and asked if he would take his medication willingly, Emile refused and said that he did not wish to be disturbed. The medication was to be administered by injection. The members decided to restrain Emile as it is necessary for him to take the medication according to the medical staff. All three members restrained him while the nurse injected him with the medication. Cst. JARJOURA noticed that Cpl. FLETCHER had hit his head on the wall during the process but injuries were not noted. Emile complained from his left leg as he has had a surgical operation done on it. The nurse injected him in the right shoulder. Cst. JARJOURA did not notice any injuries on Emile after the incident. The members with the hospital staff left the room and locked it behind.

WRONG right knee

aug 28 2018 Emile Clermont

*(DEVILS NEVER WIN!)*

@1420hrs *This action never took place at all.* Emile Clermont

Peace Arch Hospital contacted the RCMP again and asked if they can send few members to attend because they wanted to administer another dose of medication to Emile and they want the police to be present because of the previous incident. Cst. JARJOURA, Cst. GADSBY and Cpl. FLETCHER made their way to the hospital. Emile was very compliant and took his oral medication without any problem. JARJOURA did not notice any injuries on the subject. Emile was friendly with the members and made few jokes.

*(I was in a coma for! 2 or 3 days)*
*(Blood was dry and Black)*

liars

NFAR
CH
JARJOURA. 51243(Original Completed: 2004-09-09 17:47 PUID: ws03 REG: 51243)

Jarjoura was not there, Hamilton was!

Psycho cop Report filed MAY 27-05 by Hamilton

Orignal FILE # 5-977

*Emil Clermont Sept 24 2004!*

(C. Continuation Report

*Pre-meditated attempted murder period.*  (A9)  JQ  Page 1 of 1

"G" "O" D "W" 4 "S"

**CONTINUATION REPORT: 1**

EVNT: 040006013 / h  *wrong date*   OCCUR: 20040006013
ID: 51243   NAME:  *my right leg was swollen 3 times its normal size*
CREATED: 2004/09/09 173020
COMPLAINANT NOTIFIED: *6-7-2004*   CONCLUDED:  *look what 4 days after operation on right knee  color BLACK*
DIARY DATE: *6-7-2004*

SUBJECT:  *wrong JUNE 4 2004*
MHA CLERMONT, Emile(DOB:1941-05-25)  *I was operated on June 1st 2004!*

ACTION TAKEN:   *"Murderers period, just bunch of THUGS,*
2004-09-09 @1142   *RCMP a (Terrorist Organization) Period!*

MY "c" SIDE" DEVILS LOSE HAMILTON

CPL FLECHTER  and S/Sgt FORESTER were dispatched to the Peace Arch
Hospital to restrain an MHA patient who has being kept in   room #14. The patient  *LIAR*
has had many dealings with the RCMP his name is CLERMONT, Emile (DOB:1941-05-25).
The members spoke to the head nurse as soon as they came in. The latter indicated that they  *LIAR*
have tried earlier to give him his medication and was very violent with them. She said that he
was swinging at the doctors and the nurses. Cpl. FLECHTER tried to speak to Emile politely
and asked if he would take his medication willingly, Emile refused and said that he did not wish
to be disturbed. The medication was to be administered by injection. The members decided to
restrain Emile as it is necessary for him to take the medication according to the medical staff.
All three members restrained him while the nurse injected him with the medication. Cst.
HAMILTON noticed that Cpl. JARJOURA had hit his head on the wall during the process but  *RIGT KNEE*
injuries were not noted. Emile complained from his left leg as he has had a surgical operation
done on it. The nurse injected him in the right shoulder. Cst. FLETCHER did not notice any
injuries on Emile after the incident. The members with the hospital staff left the room and  *my*
locked it behind.   *LATCHMIS HOME   LIAR - LEFT HIP!  BIRTHPA,*
   13045 96A AVE   Signed May 25 2004 at
This NEVER HAPPENED AT ALL!   SURREY Emil Clermont   *my home wife present*

@1420hrs.

Peace Arch Hospital contacted the RCMP again and asked if they can send few members to
attend because they wanted to administer another dose of medication to Emile and they want
the police to be present because of the previous incident. Cst. HAMILTON   Cst. and
Cpl. FLETCHER made their way to the hospital. Emile was very compliant and took his oral
medication without any problem. FLETCHER did not notice any injuries on the subject. Emile
was friendly with the members and made few jokes.  *liars*

*Forster swears oath out DEC 16-05 deletes
names, I swear out oath  25 and NOV 9-05*
NFAR  *I swear mine out by memory! Oct 10-2004*
CH   *"2 or 3 day coma")*
JARJOURA. 51243(Original Completed: 2004-09-09 17:47 PUID: ws03 REG: 51243)
*This is no joke these cops are evil and extremely dangerous*

*NEVER HAPPENED   I was in a coma for at least 3 days    DATE PEACE ARCH
   murdered the blood was black & drie*

## Incident Report: 201900031

Current As Of:                    1/15/2019 12:42:59 PM

**Continuation Report**   Officer:   DEFFINBAUGH, Skylar

**Summary**
Deffinbaugh Narrative

**Mentioned**

*[handwritten: I have never talk to this cop]*

**Action Taken**
On January 7th, 2019 at approximately 1837 hours I, Officer S. Deffinbaugh #JP185, while working my assigned patrol beat in a full uniform and marked patrol car, responded to a trespassing request at 1490 Peace Portal Drive, Blaine WA 98229.

The reporting parties, Justin and Elizabeth Farmer, called to report that Emil CLERMONT had come to their home ranting and raving about an eviction notice they had issued to his apartment. Justin explained that Emil has yelling and screaming and causing a general disturbance over matters that needed to be addressed in court. Emil made a vague threat about Elizabeth and Justin being "in big trouble" and Justin called 911 to request a trespass. *[handwritten: thats exactly what I told to do CALL 911 and it worked Big Time]*

I contacted Emil as he was speaking the former apartment manager in 1470. The residents inside were clearly uneasy at Emil's presence and I escorted him back to his apartment. Sergeant Greene spoke with the occupants of 1470. These occupants also wanted Emil trespassed from their apartment. *[handwritten: BS]* *[handwritten: I caught the scobely Police in Blaine modelling in my personal life as well as justem]*

I advised Emil he was trespassed from 1490 verbally as he went inside his apartment. *[handwritten: Right cap]* *[handwritten: Clz both Tal mental problem]*

Emil's wife, Latchmi REDDY, emerged from the next door neighbor's apartment and asked us to take Emil away. It has been explained to Latchmi several times that Emil's mental health status is not criminal and that she needs to utilize the proper channels to force mental health treatment upon him. I again explained that Latchmi needed to get go before Whatcom County Superior Court with Emil's doctor and seek and order committing him for an involuntary mental health evaluation. *[handwritten: Right yall]* *[handwritten: a psychout in the court house, you know thats loser lawyers and crook judges too - Bill Elfo is there true]*

I explained to Latchmi that she needed to make arrangements to stay elsewhere for the evening since Emil had locker her out or contact her apartment manager to come unlock the door. Emil opened the door and invited Latchmi inside. Latchmi kept refusing to go inside the house and eventually police left due to lack of reasonable accommodation on Latchmi's behalf. *[handwritten: BS - I love my wife losers]*

Officers returned a short time later when Latchmi called again to say that she was still locked out. I asked Latchmi where her nearest family lived. Latchmi told me that she had family in Vancouver *[handwritten: BS]*

*[handwritten: VPN no address open supply + Burnaby only]*

*[handwritten stamp: CONFIDENTIAL]*

## Incident Report: 201900025

Current As Of:        1/15/2019 12:42:31 PM

me to get out of the house. I again told him not to call 911 unless he had an emergency to report or he would be arrested.

Emil's wife Latchmi Reddy 01/29/1951 told us that Emil has not been taking his medications and that was why he was not making sense. She requested we take him to the hospital. Sgt Greene and I explained to her that this was not enough reason for us to take him to the hospital unless it was under his own free will.

End of Report B Gullikson JP183.

**Statements**

**Evidence/Property**

**Action Recommended**

*Police broke the law when they took me to St Joes Hosp 3-3-10 Sgt Wayne White of Blaine Police DEPT, white arrested me inside of the station on 3-3-10 march 2010*

| Date/ ID: | 1/5/2019 183 | GULLIKSON, Bradley | Incident: | 201900025 |
| GULLIKSON | | | Incident: | 201900025 |

*dangerous cop I can call 911 anytime if I want to*

*on 3-3-10 Jerry Brown stole 1225 plus Bank of Pacific from my account plus $1000 from Wells Fargo and $4000 from Bank of Pacific I closed that account I closed on 3 left with Wells Fargo account only $9.84 left account Bank Robbers on Gunsmoke were hanged outside of Dodge City KS from Oak Tree, GOOD! lmt.*

I Certify (declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | | |
|---|---|---|
| ᵟ | ᵟ | BLAINE POLICE DEPARTMENT |
| OFFICER'S SIGNATURE | BADGE NUMBER | AGENCY |

BLAINE, WASHINGTON                    0

PLACE SIGNED                    DATE SIGNED

CONFIDENTIAL

## Incident Report: 201900025

| | |
|---|---|
| *Current As Of:* | 1/15/2019 12:42:31 PM |

---

### Continuation Report     Officer:   GULLIKSON, Bradley

**Summary**
Officer Gullikson's Narrative

**Mentioned**
CLERMONT, Emil Jospeh  -  CONTACT
   1462 Peace Portal Dr  Blaine  WA  98230
   Phone: 360-483-6292 Cell Phone:
   DOB: 5/25/1941   Employer:   Emp Phone:

REDDY, Latchmi  -  CONTACT
   1462 Peace Portal Dr  Blaine  WA  98230
   Phone: 360-656-5228 Cell Phone:
   DOB: 1/29/1951   Employer:   Emp Phone:

*[handwritten: my # at HA 26L2½]*

**Action Taken**  *[handwritten: 4-6-2010]*
On 01/06/19 at approximately 2006 hours I took an assist citizen phone call. *[handwritten: SS Agents CIA agents]*
*[handwritten: I was in Burnaby on the date]* Kulshan Dispatch advised a male was calling in who refused to identify himself. They said he was *[handwritten: and I was awarded the money by default]*
not making sense and wanted to report a murder from September. Kulshan advised he likely had *[handwritten: judge]*
mental issues. They also said the phone number of 360-483-6292 which he was calling from was *[handwritten: N/ selton]*
associated with Emil J Clermont 05/25/1941. *[handwritten: yes my phone has been wiretapped for says so over 12 yrs he Bill Elfo who says in sworn report]*

I tried calling the number several times and the call would disconnect in a manner which appeared *[handwritten: I have no]*
they were rejecting the call. I informed Kulshan dispatch that the caller rejected my call several *[handwritten: mental disease]*
times and to let me know if he called back. *[handwritten: TRUE Because Elfo wiretapped that # JAN 8-2009]*

At approximately 2038 hours Kulshan Dispatch advised he called back again. Sgt Greene and I
went to 1462 Peace Portal Drive where Emil Clermont lives.

I contacted Emil. I asked him why he continued calling 911. He said he was convicted of a crime
and was upset about it. I told him this was not a reason to call 911 and again asked if he had an
emergency or needed any assistance. He then stated that Jon Landis, referring to Officer Landis
at the Blaine Police Department, had plead guilty to pre meditated murder. I told Emil this was
true and not a reason to call 911. *[handwritten: this is true DEC 12-2009 at APT #8]*

I told Emil to not call 911 unless he had an emergency to report. Emil became upset and yelled at *[handwritten: Emil Clermont 577 D ST Blaine WA 98230]*
*[handwritten: I called 911 and went to St Jose for 2 days medical records indicate I almost had heart attack because of extremely high blood pressure]*

*[handwritten right margin: This is my tel # of 5119 Hazel Ln Blaine WA 98230 Where I filed a $500,000,000 law suit against 65 df SHERRIFF Elfo Landis Bonny Onion Bush Hayden John Bremer Rumble Haysen Stockwell Day Bill Zimmerman]*

*[handwritten: CONFIDENTIAL]*

Page 2 of 3



# Blaine Police Department

Distribution:

Outside Distribution:

**Blaine Police Department**
**322 H Street**
**Blaine, WA 98230**

## Incident Report: 201802858

Current As Of: 1/15/2019 12:42:03 PM

**Offense:** **Mental Health Concern**   *FABRICATION PIERICA/*

| | Reported | 12/27/2018 | Rcvd | 8:16 PM | **Officer:** | 192 |
| Department | | 12/27/2018 | Disp | 8:16 PM | NC, | |
| End | | 12/27/2018 | Clrd | 8:16 PM | | |

**Location:** 1400 BK Peace Portal Dr
**CityState:** Blaine   *WHO CALLED NOBODY*   **Apt:**   **Grid:**   x1
**Incident Summary** A person called and requested an officer phone them. Dispatch reported the man wanted to talk about the Sheriff's office labeling him as having mental health problems. An officer attempted to phone the man back after handling other priority calls, but he did not answer. The man never called back and the officer was not able to contact him.

*THIS DIDN'T EVEN HAPPENED AT ALL BS*

*Hey this cop is telling the true psycho Bill Elfo Losser*

**People Involved:**

| Involvement | Name / Address | Sex / Race Phone/ Cell Phone | DOB/ AGE | Citation/Charge/Offense Caution | Date Officer |
| Complainant | CLERMONT, Emil Joseph 1462 Peace Portal Dr Blaine, WA | M  W 360-483-6292 | 5/25/1941  77 | | 12/27/2018 FARRER |

*not dead, yet*
*I have not spoken to "OH", "OH"*
*this cop in my life*

*I was plaintiff in at lht 31 cases and I won everytime I was never a def because I never committed a clime in my life yet I was arrested without at 71 times. I the last 12 years from april 27 2002 "Hamilton" to Jacene 2014 I spent 12 years in prison. I was tortured 1008 of times. I was also waterboarded 3 times at Tacoma Hosp. Ordered by Bush and Obama admin, and Yanyer and Crittan PIMS Hillary Clinton Mike Hayd'n Robert muellr FBI Dir of Canada John B Lemes of CIA*

CONFIDENTIAL

*Domsfeld Robert mueller and his thug Bill Zimmerma 4 SS agents Smith + VAN L00 James Roth + Wilson us Coumbat 9 en in VAN BC. West Pender Street*



# **Blaine Police Department**

Distribution:

Outside Distribution:

**Blaine Police Department**
**322 H Street**
**Blaine, WA 98230**

## **Incident Report: 201802803**

*Current As Of:* 1/15/2019 12:41:02 PM

*Offense:* **Assist Citizen**

| | | |
|---|---|---|
| *Reported* | 12/18/2018 | *Rcvd* 3:17 PM *Officer:* 207 |
| *Department* | 12/18/2018 | *Disp* 3:00 PM NC, |
| *End* | 12/18/2018 | *Clrd* 3:35 PM |

*Location:* 1400 BK Peace Portal Dr
*CityState:* Blaine   *Apt:*   *Grid:* X1

*Incident Summary:* A person came into the Police Department to request assistance with her elderly husband who has not been taking his mental health medicine. An officer advised the person that police could not force her husband to take his prescription medicine. The officer gave the person the phone number for Adult Protective Services and advised her to call 911 if she feels she is in any danger. The person did not believe she was in any danger. The officer cleared with out further incident.

*[handwritten:] lack I got get letter from Trump date 12-18-2018*
*GOT LETTER FROM TRUMP 1-6-19*
*WE FLEW TO WASH DC 1-17-2019*

**People Involved:**

| Involvement | Name / Address | Sex / Race Phone/ Cell Phone | DOB/ AGE | Citation/Charge/Offense Caution | Date Officer |
|---|---|---|---|---|---|
| Contact | CLERMONT, Emil Jospeh 1462 Peace Portal Dr Blaine, WA | M  W 360-483-6292 | 5/25/1941  77 | *[handwritten:] WE WENT AT CANTWELLS OFFICE ON THIS DATE 4 HRS 11-3PM* | 12/18/2018 LANDIS |
| Complainant | REDDY, Latchmi 1462 Peace Portal Dr Blaine, WA | F  I 360-656-5228 | 1/29/1951  67 | *Also has BC DL 6239293 | 12/18/2018 LANDIS |

*[handwritten:]*
*Landis pleaded guilty to pre meditated murder on Dec 13, 2009 at 1577 D st APT #8 Blaine Wash 98230*
*Landes claimed I had a mental problem 12-12-09 as well as Jerry Brown of windmen in a 500 million dollar law-suit on april 6 2010 Court Federal in wash DC*

*[stamp:] CONFIDENTIAL*

Pay Attention to this page:

You must have an arrest warrant before you can arrest anyone except when a crime has been committed like a bank robbery in progress, police don't need one. But you just can't arrest somone for the heck it. Thats a crime punishable by 20 years in prison. I've been arrested at least 72 times in the past 12 years and spent 10 years in prison without cause or reasons to arrest me. Because I had all lot of dirt on all lot of Police in B.C. and Washington State as well as CIA agents Secret Service Agents, FBI Bush Cheney BILL ELFO TOO, Rumsfeld CIA directors Mike Hayden John Brenner Obama Hillary Clinton PM of Canada Steven Harper ss agents Tommy Smith & Jarren Van Loo of Federal Way WASH.! and of course Brandon Chen CIA agent out of CIA HDQUTS LANGLEY V.A. And a cop by the name of Jon Landis who spent many hours over phone calls with Chin and Bonnie Onson Mayor Blaine. That report shows you how deemt the police are in Blaine and Langley B.C. like Corporal Tim Krietor of Langley B.C. Police or Tom Forster Chief of Police in White ROCK and Barry Hickman of Surrey who faxe my military discharge and puts all me FD on INTERNET. My identity is all over the world. Like Moscow Hong Kong PARIS, LONDON. HAVANNA CUBA and OTTAWA ONT. Even in NEW DELHI INDIA TOYKO & China NORTH KOREA its in every city on earth. Thanks for stealing my ID you crooks Emil Clinton

To all defendent

You all diagnosed me and my wife with mental problems such as soychsfrania, BYE-POlAR, DISORDER, AND DELUSIONAL disorder. Thats easy to prove because I have 899 pages from Tacoma mental hospital in Tacoma WASH. and their are about 7000 people in my medical file and you are in there as well as Castro Saddan Hussien, General Custer where I serve in that unit in Camp Cacy KOREA from Sept of 63 to Sep 64. Everyone claims I fought in Vietnam as a CIA AGENT But thats all B.S. Lies Period. They all have said I tried to Stop Bay of Pigs invasion. I was sleeping 900 miles away on a dairy farm 10 miles west of Sauk City Wisc on April 17 1961, that was a Wednesday. Castro used a 50 caliber machine gun on top of his tank. While JFK was sleeping in the "white HOUSE!") Kennedy was embarrist as well as the Cuban missle crisis I was involved in Fort Lewis WASH. I have 13 days of Oct 1962 from Oct 16 1962 a Sunday until Oct 29 1962 where Kennedy had to remove all ICBM missiles from Turkey, Greece and West Germany. 300 hundred missles were removed. Kennedy was embarrist. Hes another president that couldn't keep it in his pants as well as "DONALD TRUMP". "TRUE" Stormy Daniels a hooker proves that is

Way to go DONARD you are having a great time being the President of Our Beatiful Nation. God Bless America Please tell me what the hell is wrong with this Fabricated Story about me thats all BS!

Say Always Bless You     Have a   Emel Clermont    HOGS DAY
nue "DAY" Feb 2 Groundi ("OOPS")

LIST OF DEFENDANTS'

| | |
|---|---|
| DAVE HOLD WESTERN STATES HOSP. 9401 STEILACOOM BLVD LAKEWOOD WA 98498 ✓ | ARTHUR STIENBERG ST. JOSEPH HOSPITAL 2901 SQUALICUM PRKY BELLINGHAM WA 98225 |
| GOV JAY INSLEE BOX 40002 OLYMPIA WA 98504 ✓ | GEORGE ROCHE 311 GRANDE AVE BELLINGHAM WA 98225 |
| JENNY DURKIN MAYOR BOX 94749 SEATTLE WA 98124 ✓ | RACHEL BOWMAN 555 4TH ST NW WASH. D.C. 20530 |
| KELLY LINVILLE 210 LOTTIE ST BELLINGHAM WA 98225 ✓ | RANDELL NORTON 4100 N. FAIRFAX DR. ARLINGTON VA 22203 |
| BILL ELFO 311 GRANDE AVE ✓ BELLINGHAM WA 98225 | SIMMONS SWEENEY SMITH SEATTLE/BELLEVUE 11811 1ST ST. SUITE 200 BELLEVUE WASH 98005 |
| PRES DONALD TRUMP 1600 PENNSYLVANIA AVE WASH DC. 20500 ✓ | JAMES BRITIAN / KRELL 805 DUPONT ST SUITE 1 BELLINGHAM WA 98225 |
| RENA TAYLOR FERNDALE POLICE STATION 2220 MAIN ST FERNDALE WA 98248 ✓ | SUSAN SALTER 710 ALABAMA ST BELLINGHAM WA 98225 |
| RAIG MCLAUGHLIN JUSTIN + ELIZABETH '00 STEVENS ST FARMER ICHLAND WA 1460 PEACE PORTAL DRIVE 98354 BLAINE WA 98230 ✓ | DANIEL PERSONS 2223 COMMERCIAL ST BELLINGHAM, WA 98225 |
| ONNIE ONION ALLEN SCHURBERT ✓ 45 MARTIN ST 322 H ST 3000 BLAINE WA BLAINE WA 98230 98230 | GEORGE BUSH RANCH CRAWFORD TX 76638 |
| PAUL BILLING 2466 KING GOERGE BLVD SURREY BC CANADA ✓ | DONALD RUMSFELD RANCH TAOS N.M 87571 |
| DR COLIN GOOGEN MELLANIE ✓ PULLAR RD STREET FERNDALE WELLS FARGO BANK 98248 1855 MAIN ST FERNDALE WA 98248 | RICCARDO MARTINEZ MARY THIELER WILLIAM MCCOOL FEDERAL COURT 700 STEWART ST LITMAN STEPHENS SEATTLE WA 98101 |
| REGGIE B WALTON FED COURT ✓ 333 CONSTITUTION AVE WASH. D.C. | JEAN CLERMONT D 192 PLEASANT ST LEOMINISTER MA 01420 |
| JEFF LEGHORN WSBA 29119 ✓ 2692 H STREET RD BLAINE WA 98230 | JOE HART 189 MAIN ST MARLBORO MA 01752 |
| TERRANCE LEWIS FERNDALE MUNICIPAL COURT | TERRY BROWN 541 BAKERVIEW RD |